UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amity Dimock, Trustee for the Heirs    Court File No. 22-cv-02124 (DWF/DLM)
and Next of Kin of Kobe Dimock-Heisler,

        Plaintiff,

v.

City of Brooklyn Center, et. al.,

        Defendants.

## DECLARATION OF AARON BOSTROM

Aaron Bostrom, after being first duly sworn upon an oath, does hereby depose and state that:

1. I am an attorney licensed to practice law in Minnesota and am one of the attorneys representing Defendants in this matter.

2. Attached as **Exhibit 1** and incorporated herein is a true and correct copy of the body worn camera of Defendant Brandon Akers (Depo. Ex. 6).

3. Attached as **Exhibit 2** and incorporated herein is a true and correct copy of the body worn camera of Defendant Cody Turner (Depo. Ex. 3).

4. Attached as **Exhibit 3** and incorporated herein is a true and correct copy of the audio of Erwin Heisler's 911 call.

5. Attached as **Exhibit 4** and incorporated herein is a true and correct copy of the dispatch audio regarding the reported assault.

6. Attached as **Exhibit 5** and incorporated herein is a true and correct copy of the deposition transcript of Erwin Heisler.

7. Attached as **Exhibit 6** and incorporated herein is a true and correct copy of the CAD report.

8. Attached as **Exhibit 7** and incorporated herein is a true and correct copy of the deposition transcript of Cody Turner.

9. Attached as **Exhibit 8** and incorporated herein is a true and correct copy of the police incident report from March 11, 2019.

10. Attached as **Exhibit 9** and incorporated herein is a true and correct copy of an excerpt from Kobe Dimock-Heisler's certified medical records from Maple Grove Hospital.

11. Attached as **Exhibit 10** and incorporated herein is a true and correct copy of the body worn camera of Defendant Joseph Vu (Depo. Ex. 1).

12. Attached as **Exhibit 11** and incorporated herein is a true and correct copy of the body worn camera of Defendant Steve Holt (Depo. Ex. 2).

13. Attached as **Exhibit 12** and incorporated herein is a true and correct copy of the deposition transcript of Steve Holt.

14. Attached as **Exhibit 13** and incorporated herein is a true and correct copy of the deposition transcript of Brandon Akers.

15. Attached as **Exhibit 14** and incorporated herein is a true and correct copy of the transcript of Erwin Heisler's August 31, 2019 interview.

16. Attached as **Exhibit 15** and incorporated herein is a true and correct copy of the transcript of Susan Heisler's August 31, 2019 BCA interview.

17. Attached as **Exhibit 16** and incorporated herein is a true and correct copy of crime scene images of the knives involved on August 31, 2019.

18. Attached as **Exhibit 17** and incorporated herein is a true and correct copy of the deposition transcript of Joseph Vu.

19. Attached as **Exhibit 18** and incorporated herein is a true and correct copy of the transcript of Joseph Vu's September 2, 2019 BCA interview.

20. Attached as **Exhibit 19** and incorporated herein is a true and correct copy of the transcript of Cody Turner's September 1, 2019 BCA interview.

21. Attached as **Exhibit 20** and incorporated herein is a true and correct copy of the transcript of Brandon Akers' September 1, 2019 BCA interview.

22. Attached as **Exhibit 21** and incorporated herein is a true and correct copy of Brandon Akers' training records.

23. Attached as **Exhibit 22** and incorporated herein is a true and correct copy of Cody Turner's training records.

24. Attached as **Exhibit 23** and incorporated herein is a true and correct copy of Steve Holt's training records.

25. Attached as **Exhibit 24** and incorporated herein is a true and correct copy of Joseph Vu's training records.

26. Attached as **Exhibit 25** and incorporated herein is a true and correct copy of the Brooklyn Center Police Department's Use of Force Policy.

27. Attached as **Exhibit 26** and incorporated herein is a true and correct copy of the deposition transcript of Susan Heisler.

**FURTHER THIS DECLARANT SAYETH NOT.**

I declare under penalty of perjury, per Minn. Stat. § 358.116 that everything I have stated in this document is true and correct.

Dated: November 21, 2023         s/Aaron Bostrom
                                 Aaron Bostrom

4