UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amity Dimock, Trustee for the Heirs    Court File No. 22-cv-02124 (DWF/DLM)
and Next of Kin of Kobe Dimock-Heisler,

　　　　　Plaintiff,

v.

City of Brooklyn Center, et. al.,

　　　　　Defendants.

## DECLARATION OF AARON BOSTROM

Exhibit 7: Deposition transcript of Cody Turner

Page 1

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF MINNESOTA
 2
     Court File No. 22-cv-02124 (DWF/DLM)
 3
 4   Amity Dimock, Trustee for
     the Heirs and Next of Kin of
 5   Kobe Dimock-Heisler,
 6   Plaintiff,
 7   v.
 8   City of Brooklyn Center; Officer
     Brandon Akers, Officer Steve Holt,
 9   Officer Cody Turner and Officer
     Joseph Vu, all in their individual
10   and official capacities,
11   Defendants.
12
13
14
15
16
17
18
19   - - - - - - - - - - - - - - - - - - - -
20              DEPOSITION OF
21           OFFICER CODY TURNER
22   - - - - - - - - - - - - - - - - - - - -
23
24
25   Taken September 27, 2023   By Cindy Trattles
```

Page 2

```
 1   APPEARANCES:
 2
     COMMUNITIES UNITED AGAINST POLICE BRUTALITY
 3   2136 Ford Parkway, #5328
     Saint Paul, Minnesota  55116
 4   Phone:  651.485.7046
     Email:  paulbosman@cuapb.org
 5
     By:  Mr. Paul J. Bosman
 6        For the Plaintiff
 7
 8   IVERSON REUVERS
     9321 Ensign Avenue South
 9   Bloomington, Minnesota  55438
     Phone:  952.548.7209
10   Email:  jasonh@iversonlaw.com
11   By:  Mr. Jason M. Hiveley
          For the Defendants
12
13
     Also Present:  Ms. Emma Pederson
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   I N D E X
 2
     Examination by Mr. Bosman, Page 04
 3
     Examination by Mr. Hiveley, Page 72
 4
 5
     INDEX OF EXHIBITS
 6
     NUMBER     DESCRIPTION
 7   Exhibit 3 (Placeholder for Officer Vu's
                Body Camera Video)
 8
     Exhibit 4 Records from Officer Turner's
 9             Personnel File, Page 27
10   Exhibit 5 IA Report for Officer Turner,
               Page 69
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1  THE DEPOSITION OF OFFICER CODY TURNER is
2  taken on this 27th day of September 2023 at
3  the law offices of Iverson Reuvers, 9321
4  Ensign Avenue South, Bloomington, Minnesota,
5  commencing at the hour of approximately 2:43
6  p.m. pursuant to NOTICE:
7
8        OFFICER CODY TURNER,
9       called as a witness, being first
10       duly sworn, was examined and
11       testified on his oath as follows:
12
13          EXAMINATION
14  BY MR. BOSMAN:
15  Q.  Officer Turner, is that how you prefer to be
16      addressed?
17  A.  Sure.
18  Q.  My name is Paul Bosman.  I'm the attorney for
19      Kobe Heisler's next of kin in the lawsuit
20      regarding his death.  Have you had your
21      deposition taken before?
22  A.  Yes.
23  Q.  More than once?
24  A.  Yeah.
25  Q.  What kind of cases?



Page 5

1   A.  Wrongful death and I'm trying to think what
2       the other one would be categorized as.  It
3       would be a squad car versus pedestrian.
4   Q.  And not a wrongful death case, so the guy
5       lived?
6   A.  Yeah.
7   Q.  What was the wrongful death case?
8   A.  That would have been Khottavongsa where one
9       of my partners Tased a man with a crowbar and
10      he ended up severing his spine.
11  Q.  Can you tell me, where were you born?  I
12      mean, just start at the beginning.
13  A.  Florida.
14  Q.  Florida.  When did you move to Minnesota?
15  A.  '87.
16  Q.  Were you still in school then?
17  A.  No.
18  Q.  Were you a kid?
19  A.  I was a child.
20  Q.  Okay.  How old were you when you moved up?
21  A.  A little under two.
22  Q.  Okay.  So where did you go to school growing
23      up?
24  A.  I grew up out west of here and then came to
25      the Cities probably about 2009-ish.

Page 6

1   Q.  How far west?
2   A.  Two and a half hours or so.
3   Q.  What's the town?
4   A.  Like the Kandiyohi County area.
5   Q.  Any nearby towns in that area?  I'm not
6       asking where your folks are from.
7   A.  I mean, there's the city of Kandiyohi,
8       Kerkhoven, Murdock.  There's a whole bunch of
9       them.
10  Q.  Pretty much a rural area?
11  A.  Yeah.
12  Q.  What did your family do?  What did you folks
13      do?
14  A.  Kind of a variety of things.
15  Q.  Agriculture?
16  A.  No.
17  Q.  Okay.
18  A.  Teaching, things like that.
19  Q.  All right.  Where did you graduate high
20      school?
21  A.  New London-Spicer.
22  Q.  What year was that?
23  A.  4.
24  Q.  '04?
25  A.  Uh-hum.

Page 7

1   Q.  Okay.  Man, I'm getting old.
2       After high school what did you do?
3   A.  College.
4   Q.  Where did you go?
5   A.  Ridgewater and Alex Tech.
6   Q.  Where is Ridgewater?
7   A.  Willmar.
8   Q.  All right.  How long did you go to
9       Ridgewater?
10  A.  Two years I think.
11  Q.  Did you get a degree out there?
12  A.  Yeah.
13  Q.  What was the degree?
14  A.  It was an AAS and it was for law enforcement
15      I think they called it at the time or
16      criminal justice.
17  Q.  And when you came here you went to where?
18  A.  Alex Tech.
19  Q.  Alex Tech.  And did you get a degree there?
20  A.  No.  That was for the skills program.
21  Q.  So you got a certificate for skills?
22  A.  Correct, yeah.
23  Q.  And what was the curriculum out west?
24  A.  For Alex?
25  Q.  No, the one before there.  The one where you

Page 8

1       got the Associate's degree.
2   A.  It would be law classes, report writing,
3       normal -- English literature like the
4       requirements for like general studies.
5   Q.  Okay.  You went on -- if I recall reading
6       your file right, you went on and got your BA;
7       right?
8   A.  Correct.
9   Q.  Where did you get that?
10  A.  St. Mary's.
11  Q.  What was your degree in?
12  A.  Police leadership.
13  Q.  Okay.  And what year was that?
14  A.  I think it was '17, '18.  '16, '17, '18.  It
15      kind of overlapped about two years.
16  Q.  And the first two-year degree was when?
17  A.  '05 - '06.
18  Q.  I've done the second -- I didn't go to law
19      school until I was in my 30's.  There's no
20      hope for you if you're less than that age.
21      When you were in the skills program
22      what did you -- what was the curriculum?
23  A.  It would be police tactics, responding to
24      calls for service, driving, shooting, running
25      radar, crimes and investigation stuff.



Officer Cody Turner                                    September 27, 2023

1  Q.  Okay.  After that, after Alex Tech where did
2     you go?
3  A.  Was hired for -- I think probably within a
4     year or so with Upper Sioux Police Department
5     for about maybe nine-ish -- eight - nine
6     months, something like that, and then in
7     Brooklyn Center.
8  Q.  So in that year between graduation and Upper
9     Sioux, did you say it was like a year before
10    you were hired?
11 A.  Yeah, roughly about a year.
12 Q.  Were you applying other places or --
13 A.  Yeah, I applied at a few agencies.  I had an
14    injury to my eye, so I got delayed for a
15    little bit.  But yeah.
16 Q.  How did you get injured?
17 A.  Paintballing accident.
18 Q.  Ouch.  Bad goggles?
19 A.  What's that?
20 Q.  Bad goggles?
21 A.  Yeah, something like that.
22 Q.  Where did you apply before you got the gig at
23    Upper Sioux?
24 A.  I wouldn't be able to remember.  That was
25    almost 20 years ago.

1  Q.  Upper Sioux Agency --
2  A.  Granite Falls area.
3  Q.  Okay.  Is that the reservation police?
4  A.  Yeah.
5  Q.  What's the tribe?
6  A.  Upper Sioux, Sioux.
7  Q.  One of the Lakota?
8  A.  Yeah.
9  Q.  What was that like?
10 A.  Boring.
11 Q.  Why is that?
12 A.  Just nothing -- it was quiet.  Only a couple
13    hundred people living there.  I maybe had two
14    to three calls for service the entire time I
15    was out of that eight months.
16 Q.  So is that why you left?
17 A.  No.  More pay.  More opportunities.
18 Q.  So were you applying -- you worked for the
19    Upper Sioux for you said like six months?
20 A.  Maybe six or eight months.  I already applied
21    for Brooklyn Center, tested with them.
22    Hadn't heard anything from them.  Got hired
23    by Upper Sioux.  And then they called me kind
24    of out of the blue in like I think it was
25    about August of '09, something like that.

1  Q.  All right.  And when did you start work for
2     them?
3  A.  November 16th of '09.
4  Q.  You were a sworn officer the day you started?
5  A.  Yeah.  It was basically a lateral because I
6     was already a sworn officer on the
7     reservation, so it was simply a transitional
8     period.
9  Q.  Did they do transition training when you went
10    from there to here?
11 A.  It was like a week of orientation and then
12    field training began immediately after that.
13 Q.  I suppose I ought to ask:  Was there field --
14    was there any onboard training when you went
15    to Upper Sioux Agency?
16 A.  Maybe ten days' worth.
17 Q.  Do you recall what that was about, what you
18    covered?  I know it was a long time ago, but
19    what you do remember?
20 A.  We just went over, like, RMS systems and
21    doing traffic stops, how to do booking
22    process, 3648 - authority to detain type
23    stuff.  And then basically handling
24    investigations solo because backup was
25    usually about half hour - 45 minutes away.

1  Q.  Do officers have a different approach when
2     your backup is half an hour away?
3  A.  Yeah.  A lot more cautious.
4  Q.  What do you mean by "a lot more cautious"?
5  A.  You just have to be more on alert because
6     you're by yourself.  So we had to clear
7     buildings and rooms by ourself to do, like,
8     longer-term investigations alone, things like
9     that.
10 Q.  Did that change your approach?
11 A.  I mean, the officer safety was the same.  You
12    just have to be more deliberate with stuff.
13 Q.  So when you came for the weekly orientation
14    at Brooklyn Center what was involved with
15    that?
16 A.  The same type of stuff.  Went over department
17    policy.  I had to read the policy book from
18    front to back.  I think we took like a tour
19    of the police department.  Went to HR for all
20    of our health insurance stuff.  Firearm
21    certification with the gun that was issued to
22    us.  I'm assuming probably defensive tactics
23    certification.
24 Q.  Do you remember that or --
25 A.  It's a long time ago, so probably not the



Page 13

1    majority of it.
2  Q. My bad for not explaining this.  One of the
3     rules is I am asking what you remember now.
4  A. Uh-hum.
5  Q. If you read something that you're
6     remembering -- you know, for instance,
7     there's a lot of video in this case.  So if
8     you watched the video yesterday and what
9     you're remembering is from the video
10    yesterday or whether it's what you remember,
11    that makes a difference certainly to me
12    whether it's what's in your memory or what
13    you're seeing on the video.
14 A. Sure.
15 Q. The same -- so I think it's probably a safe
16    thing to talk about with that.  If you don't
17    remember, if you're assuming there was a
18    defensive tactics thing, thank you for saying
19    so rather than saying:  We did defensive
20    tactics.
21        Do you remember if there was
22    defensive tactics in that week of
23    orientation?
24 A. We're required to certify yearly, so I'm
25    assuming they would have covered it during

Page 14

1    orientation and we do it every year from '09
2    until current.
3  Q. All right.  Anything else in that week of
4     orientation?
5  A. I don't remember.
6  Q. Do you remember anything about policies
7     regarding emotionally disturbed persons?
8        MR. BOSMAN:  What's the current
9     word of art because I never remember it?
10        MS. PEDERSON:  Person in crisis.
11 BY MR. BOSMAN:
12 Q. Anything about persons in crisis or emotional
13    disturbed persons in the policies that you
14    recall from then?
15 A. I read the entire policy out loud from front
16    to back between me and the partner that was
17    hired with me at the time.  But, I mean, that
18    was 15 years ago, so I don't remember.  I'm
19    assuming that was in there, but I don't
20    remember.
21 Q. Do you recall reading that at any time before
22    the Heisler incident?
23 A. I don't remember.
24 Q. Okay.  So you've done your week of training
25    of -- do you recall, did you do training with

Page 15

1    Tasers?  I mean, that was a ways back.  Were
2    Tasers issued?
3  A. Yes.
4  Q. Do you recall which ones or --
5  A. It would have been the X26.
6  Q. Okay.  And is that the same one you were
7     using by the time of Heisler?
8  A. Yeah.
9  Q. What's your professional opinion of the X26?
10 A. Very effective.
11 Q. Okay.  Have you deployed it?
12 A. Many times.
13 Q. Okay.  I have to ask:  How many times before
14    the Heisler incident?
15 A. If I was taking a guess, maybe 15 to 20.
16 Q. Okay.  And by "effective" what do you mean?
17 A. I'd say nearly 100% effective unless I
18    missed.
19 Q. 100% effective in doing?
20 A. Neuromuscular incapacitation.  Essentially
21    locking the person up.
22 Q. Is there a range that's effective for the
23    Taser?
24 A. I've had 30 feet away where it's worked and
25    I've had 2 feet away or even contact where

Page 16

1    it's worked and then everything in between.
2    Running, stationary.
3  Q. You've had neuromuscular incapacitation at
4     like contact range?
5  A. Correct, yep.
6  Q. Crazy.  All right.  You said that you did
7     firearms qualification as part of your
8     initial?
9  A. Yeah.
10 Q. What was the issued firearm at that point?
11 A. I think it was a GLOCK 22 40 caliber I
12    believe was the gun we carried at the time.
13 Q. Do you guys still -- I'm sorry.  Do you still
14    work for Brooklyn Center?
15 A. No.
16 Q. Okay.  When did you stop working for Brooklyn
17    Center?
18 A. It would have been August of '21.
19 Q. And where do you work now?
20 A. Hennepin County Sheriff's office.
21 Q. What do you do there?
22 A. I'm a detective.
23 Q. Okay.  Do you still work with the last
24    officer.
25        MS. PEDERSON:  Holt, Steve Holt.



Page 17

1        THE WITNESS:  He's in a different
2     division, but sort of.
3  BY MR. BOSMAN:
4  Q.  Did you guys go over around the same time?
5  A.  Yeah.
6  Q.  Interesting.  I get to read your personnel
7     file as part of what we do in terms of, you
8     know, what your areas of specialty are and
9     investigations wasn't always one of your main
10    goals.  When did that -- you know, when did
11    that change for you?
12 A.  August of '21.
13 Q.  Really?
14 A.  Uh-hum.
15 Q.  What was the change?
16 A.  Other events that happened at the agency.
17 Q.  Oh, at Brooklyn Center agency?
18 A.  Correct, yep.
19 Q.  Interesting.  I just take notes because I
20    want to go look stuff up later.  It's not
21    intended to make you nervous.
22        Did you carry the GLOCK 22 and 40
23    the whole time you were with Brooklyn Center?
24 A.  No.
25 Q.  What did you do -- what was the transition

Page 18

1     to?
2  A.  They switched to 9 millimeter.  I don't
3     remember what year it was.  Maybe '15.  '14,
4     '15, '16.  I don't remember specifically what
5     year it was.
6  Q.  Do you have an opinion on the switch?
7  A.  I was fine with it.
8  Q.  You don't find any difference between the
9     two?
10 A.  Definitely a difference, but nothing that was
11    going to affect their use.  In fact, I think
12    it would actually be easier and safer with
13    the 9 millimeter.
14 Q.  Why safer with the 9 millimeter?
15 A.  Easier to control.
16 Q.  GLOCK 22 is like the slightly compact
17    version?
18 A.  Full size.
19 Q.  Full size.  So it's the equivalent to the
20    19 --
21 A.  No, 19 is the compact for 9 millimeter.
22 Q.  So 17?
23 A.  Correct.
24 Q.  Okay.  You qualified with it.  Do you recall
25    what your qualification was back when you

Page 19

1     first came on?
2  A.  Like as far as a score?
3  Q.  Yeah.
4  A.  There were pass/fail.  There was no score.
5  Q.  I think I've read that the qualification for
6     patrol officer was something like 70%?
7  A.  Uh-hum.
8  Q.  And over -- I'm trying to remember what the
9     three-letter initial is in Brooklyn Center.
10    E --
11 A.  ESU.
12 Q.  ESU, that's right.  It was something like a
13    90% qualification?
14 A.  Correct.
15 Q.  And you don't recall where you were on that
16    kind of --
17 A.  Yeah, it was pass or fail.  So if you
18    scored -- for the patrol qualification if it
19    was over 70, you were given a P.
20 Q.  Okay.
21 A.  If you weren't, you were given an F and you
22    had to redo it.  That's pretty much how it
23    was.
24 Q.  And can you give me the year again that you
25    went through this?  It was '09?

Page 20

1  A.  For what?
2  Q.  Your initial hire at Brooklyn Center.
3  A.  Yes.
4  Q.  Okay.  And you went on to FTO.  Was it a
5     phased thing back then, a four --
6  A.  Yeah, it was technically 3 1/2 phases.
7  Q.  What were the 3 1/2 phases?
8  A.  Phase 1, Phase 2, Phase 3 and Phase 4.
9  Q.  Okay.  You have to explain to me how 1, 2, 3
10    and 4 is 3 1/2 phases.
11 A.  The fourth phase is only half the time
12    period.
13 Q.  Okay.  What's Phase 1 about?
14 A.  Basic stuff.  Squad bag setup.  Geography,
15    orientation for the city, basic call for
16    service response, squad car maintenance and
17    setup, learning the RMS system, report
18    writing, tactics on call response,
19    scenario-based training.  It's been a long
20    time.
21 Q.  When you say "RMS system" --
22 A.  Raw record management, so report writing
23    systems.
24 Q.  And you talk about call tactics.  What does
25    that encompass?



Page 21

1  A. So there's like a checklist for how to
2     respond to, like, a burglary call or how to
3     respond to a theft call at a Walmart or how
4     to respond to motor vehicle thefts.
5        So basically we would go through
6     what policies apply to each one of those
7     types of calls, safe tactics for doing it,
8     how many officers you should have, et cetera.
9  Q. And that's sort of Phase 1, part of Phase 1?
10 A. Correct.
11 Q. What happens in Phase 2?
12 A. Phase 2, they allow you to make more
13    decisions on your own rather than the field
14    training officer guiding you through it.  So
15    it's basically an extension of Phase 1 minus
16    the basic things of setting up your squad
17    car, setting up the patrol bag.  That's all
18    done.  So it's kind of a 50/50 split between
19    you and your field training officer on who
20    handles what calls.
21 Q. Okay.  Did you ever work as an FTO?
22 A. Yes.
23 Q. How do you decide who takes the lead on what
24    50 and the other 50?
25 A. It's all based on what spot the individual

Page 22

1     officer is at at the time.  And every single
2     one was different.  I don't even remember how
3     many I trained.  Maybe 25 people.  And each
4     person was at a different point depending on
5     what phase I had them at.  And it was random.
6     Sometimes I'd have somebody for first phase
7     and I wouldn't see them until the end or I'd
8     have for second phase and I'd never see them
9     again.  Third phase, et cetera.
10       So it kind of depends on what their
11    comfort level is, how safe they are, how
12    experienced they are.
13 Q. Can you tell me what third phase was about?
14 A. Third phase you're pretty much handling
15    everything on your own.  Minimal interference
16    by your field training officer unless there's
17    some type of egregious safety issues or
18    you're doing something on a call that you
19    shouldn't be doing like letting somebody go
20    or not making an arrest during a time where
21    an arrest is supposed to be made essentially.
22 Q. So would you offer evaluations after a call?
23    Would you interrupt during a call?
24 A. All phases there is -- I think it's called
25    DOR.  It's been a long time.  Basically a

Page 23

1     form that you go through every single day on
2     all phases that you would do an evaluation
3     for.  I'd either be evaluated when I was on
4     FTO or I would evaluate the trainee say.  I
5     would document as the day went on saying:
6     Okay.  On, you know, Tuesday at 3 PM we went
7     to a theft at Walmart.  Here's the things you
8     did correctly.  Here's the things that you
9     need to improve on.
10       And then you just document it and
11    give it a score and then everything is
12    tracked through their entire training
13    program.
14 Q. And I understand Phase 4 is just sort of an
15    evaluation by the same person who did Phase 1
16    you just kind of said?
17 A. Correct.
18 Q. Do you remember who your Phase 1 FTO was back
19    in the day?
20 A. I do.
21 Q. Who was it?
22 A. Mike Johnson.
23 Q. Which is not an uncommon name.
24 A. Uh-hum.
25 Q. Do you remember your other FTO officers?

Page 24

1  A. Uh-hum, Dwayne Holmstrom and Steve Lorentz.
2  Q. Any of them that you sort of patterned your
3     work after?
4  A. That what?
5  Q. That you would pattern your work after,
6     like --
7  A. I think I took pieces of probably all three.
8     It's pretty common.
9  Q. All right.  So you go off FTO.  Is it still
10    '09 or have we made it in to '10 yet?
11 A. I think it would have been early '10,
12    probably early February.
13 Q. How did the transition go?
14 A. It was fine.
15 Q. Any difficulty with that?
16 A. No.  I think I was released early actually.
17 Q. I was reading through your performance
18    reviews.  One of your goals was to get on
19    street crimes.
20 A. Uh-hum.
21 Q. Why was that a bump for you?
22 A. They're a more proactive unit.  Did a lot of
23    human trafficking, firearms, narcotics,
24    interdiction type stuff, but they also split
25    it with, like, community outreach.  So it was



Page 25

1    kind of a best of both worlds. You could get
2    some relief from the normal 911 service
3    response and deal with the bigger problems
4    like human trafficking, guns, drugs, serious
5    crimes of violence. But you also got to do
6    community outreach events. So I would get a
7    ton of, like, Shop with a Cop, open gym, like
8    roundtable question type groups where you go
9    and have the community come in and talk to
10   you.
11           So it was a nice balance between the
12   two and it gave some relief from patrol.
13   Q. And I take it that you got to do that based
14      on your --
15   A. Correct.
16   Q. All right. I know you were also asking to be
17      on drug task force and hopefully eventually
18      violent offender task force. Did you get to
19      work on those as well?
20   A. No drug task force. Violent offender task
21      force, yeah.
22   Q. When did you get to do that?
23   A. I think I transferred in December of '19 up
24      until August of '21.
25   Q. And why was that your goal at the time?

Page 26

1    A. It's usually a progressive scale. Violent
2       Offender Task Force was a more hyperfocused
3       version of street crimes, but on the much
4       more serious crimes, murder, fugitive
5       apprehension, large-scale narcotics and
6       firearms interdiction, carjackings type of
7       crime.
8    Q. And when it says "task force", does that make
9       it multijurisdictional or is it just --
10   A. Correct.
11   Q. Who did you work with back then?
12   A. Like people?
13   Q. Departments. Who's on that, do you recall?
14   A. There was probably eight or nine agencies at
15      the time. I don't remember all of them.
16      Obviously Brooklyn Center Sheriff's office.
17      I think Brooklyn Park. A few other ones.
18   Q. Was Hennepin County one of them?
19   A. Yeah.
20   Q. I'm just curious if that was part of how you
21      ended up moving from one to the other.
22   A. Uh-hum.
23           MR. BOSMAN: All right. I'll mark
24      this as an exhibit. What are we on? Do you
25      want to reserve entering the videotape as

Page 27

1    well as Exhibit 3 just for consistency,
2    Jason?
3           MR. HIVELEY: Yeah, actually, that
4    would be great.
5           MR. BOSMAN: Can we create Exhibit
6    3 for the videotapes with a placeholder and
7    just call this Exhibit 4.
8           (WHEREUPON, Deposition Exhibit
9    Number 4 was marked for identification by the
10   court reporter.)
11   BY MR. BOSMAN:
12   Q. We've got to go 25 pages deep. And
13      unfortunately that one is not numbered.
14           MR. BOSMAN: You guys provided
15      this to us as part of the initial
16      disclosures.
17   BY MR. BOSMAN:
18   Q. Is it fair to say you had a reputation as
19      kind of a hard charger?
20   A. I guess it would be subjective to whoever was
21      making the evaluation.
22   Q. All right. This is on Page 25 if you want to
23      look at it. Otherwise I can read it aloud
24      and see -- get your reaction to this. This
25      is from -- "During the reporting period" it

Page 28

1    begins at the top. This is reporting period
2    11/16/13 to 6/16/13. "During this reporting
3    period Sergeant Flesland has supervised
4    Cody" --
5           MR. HIVELEY: Why are you at?
6           MR. BOSMAN: It's about Page 25,
7    the top line. It's all text. The first line
8    of the page is, "During this reporting period
9    Sergeant Flesland has supervised Cody." It
10   would be all text, so not a form like that
11   one (indicating) or a form like that one
12   (indicating).
13           THE WITNESS: You said 11/16 of
14   '13?
15   BY MR. BOSMAN:
16   Q. The top line reads, "During this reporting
17      period Sergeant Flesland has supervised Cody
18      from 11/16/13 - 06/16/13 and I have
19      supervised him since", is the rest of that
20      line. It might be it there. It's a full
21      page of text.
22           MR. HIVELEY: It looks like this
23   (indicating).
24           THE WITNESS: Yeah, that was the
25   one I was on. It didn't say what he was

Page 29

1    saying.  Oh, it's the second page.  So it's
2    the next page, that one (indicating).
3        MR. HIVELEY:  Oh, there we go.
4        **THE WITNESS:  It wasn't the first**
5    **page.**
6  BY MR. BOSMAN:
7  Q.  So the third paragraph from the bottom I will
8    read.  "Cody, almost all of the time,
9    completes assignments and reports on time.
10    As he has gained more experience, his
11    confidence has grown and he has become an
12    aggressive patrol officer who is always
13    towards the top in terms of self-initiated
14    activity and arrests.  However, at times Cody
15    moves too quickly; he has the knowledge to
16    conduct more thorough investigations at the
17    patrol level.  Cody has acknowledged this to
18    me on his own and has said, 'I need to slow
19    down at times...I want to make sure I'm
20    always available to my partners'."
21        Make sense?
22  **A.  Uh-hum.**
23  Q.  Did I read that correctly?
24  **A.  Uh-hum.**
25  Q.  Did you agree or disagree that you were

Page 30

1    rushing things back in 2013?
2  **A.  I don't remember.  It was a long time ago.**
3  **Ten years now, a decade.**
4  Q.  Unfortunately it's what we're dealing with
5    because it's just before the time of the
6    incident, or at least as close as we have
7    with the records.
8        Let's move ahead.  Do you recall
9    August 31st?  Do you recall the day of the
10    incident with Kobe Heisler?
11  **A.  For the most part, yeah.**
12  Q.  Do you recall what shift you were working
13    that day?
14  **A.  I would have been on days, day watch.**
15  Q.  Solo car?
16  **A.  Yes.  We're all solo.**
17  Q.  Do you recall having any other calls that
18    day?
19  **A.  No recollection whatsoever.**
20  Q.  What's your first recollection of the Kobe
21    Heisler call?
22  **A.  Sitting in a parking lot at 54th and Dupont**
23  **or 55th and Dupont, one of those two, and**
24  **hearing the call come over dispatch.**
25  Q.  What was the call that you remember?

Page 31

1  **A.  A domestic.  A grandson who threatened**
2  **grandfather with a knife and a hammer.**
3  Q.  Okay.  Did you hear any other information
4    from dispatch about the call?
5  **A.  I would imagine address.  I don't remember**
6  **anything past that.**
7  Q.  Did you hear anything from any other cars
8    about that?
9  **A.  Like when the call was dispatched or while I**
10  **was en route?**
11  Q.  Well, before you arrived.
12  **A.  Yes.**
13  Q.  Who did you hear from before you --
14  **A.  I believe it was Officer Akers got on the**
15  **radio and said that he had pulled up prior**
16  **calls for service and mentioned a medical**
17  **that had occurred there maybe six months**
18  **prior if I remember right.  Something like**
19  **that.**
20  Q.  Okay.  What did he say about it?
21  **A.  Just that there had been a medical where**
22  **somebody at the house had attempted to hurt**
23  **themselves before.**
24  Q.  Okay.  Did they say who it was?
25  **A.  I don't remember if he said a name.**

Page 32

1  Q.  Any idea whether it was the grandfather or
2    the grandson that --
3  **A.  I remembered going to the call at the time,**
4  **the original one six months prior, and that**
5  **there was a man that was at the house that**
6  **had stabbed himself, but I wasn't sure what**
7  **his relationship was to the house.  If he was**
8  **the homeowner or age or anything like that.**
9  **I was kind of like a support car that had**
10  **arrived on that call at that time just**
11  **because it was a suicidal person.  That's**
12  **pretty normal to have more than two officers**
13  **to respond to something like that.**
14  **So I didn't have any information.  I**
15  **didn't know what his name was or anything**
16  **like that.**
17  Q.  Why more than one car for a suicidal person?
18  **A.  Because people who are suicidal can also be**
19  **violent very quickly and if police are there**
20  **to evaluate them to see whether or not they**
21  **need to get medical help, sometimes that**
22  **person can lash out with them in an attempt**
23  **to hurt police or other people who are on the**
24  **scene or themselves or whatever.**
25  **So having more police officers there**



Officer Cody Turner                                    September 27, 2023

Page 33

1    to help control the scene is pretty much
2    standard.
3  Q. All right. Makes sense. So as you're
4    responding did anybody else say anything
5    about this call besides Officer Akers?
6  A. I don't remember.
7  Q. Did you say anything?
8  A. I remember saying when I got on the scene
9    that I had been there for the call and that
10   he had stabbed himself.
11 Q. When you guys stopped where did you park the
12   car?
13 A. Maybe three or four houses to the south.
14 Q. Do you know who was the first to arrive?
15 A. I think it was Brandon Akers.
16 Q. Is there a protocol for who takes the lead on
17   those kind of cases?
18 A. Whoever the assigned car to that area is for
19   the day.
20 Q. Who was the assigned car?
21 A. I believe it was Brandon Akers.
22 Q. Okay. How many cars were there in total?
23 A. Four.
24 Q. Okay. All parked about three doors away?
25 A. I know myself and Akers park approximately

Page 34

1    three - four houses away. I'm not sure where
2    the other ones parked. I didn't look behind
3    me.
4  Q. Okay. So you were the second car to arrive,
5    the second in the line?
6  A. Yeah, I believe so. Yep.
7  Q. All right. When you got out of the car were
8    there other officers there before you
9    approached the house?
10 A. Up at the house?
11 Q. Before you approached the house when you
12   exited the squad cars.
13 A. I guess I'm confused by the question. Was
14   there other officers at the house or waiting
15   at the -- on the street there?
16 Q. I'm trying to take it step by step. So you
17   said you arrived about three doors down after
18   Akers' car.
19 A. Yep.
20 Q. You don't recall whether there were cars
21   behind you. When you got out of the car
22   before moved to the house were the other
23   officers there or just you and Akers?
24 A. Me and Akers as far as I remember.
25 Q. Okay. So did you talk to Akers before you

Page 35

1    moved out or --
2  A. Yeah.
3  Q. All right. Do you recall any of the
4    conversation between you and Akers?
5  A. Said that I had been there previously six
6    months prior and that one of the people that
7    was inside the house had stabbed themselves.
8  Q. Okay. Did you describe to Akers who that
9    was?
10 A. Like what they looked like?
11 Q. Yeah.
12 A. No, I don't believe I gave a description.
13 Q. All right. So what did both of you do then?
14 A. Walked up to the house.
15 Q. How did you walk up to the house?
16 A. With like our legs. I guess I'm confused
17   by...
18 Q. Okay. I guess there are things that you do
19   automatically that I don't necessarily
20   think -- was there a sidewalk?
21 A. No, there's no sidewalks there.
22 Q. Did you walk up the road and up the driveway?
23   Did you approach on the diagonal across the
24   lawns? Did you move up to the house you were
25   parked in front of and move across to the

Page 36

1    north?
2  A. I would say D. The last one is probably the
3    closest to what we did.
4  Q. What did you see when you approached the
5    house?
6  A. The grandfather came out to the front step to
7    greet us and I thought -- I saw what I
8    thought was a TV screen through the window
9    and it turned out it was Kobe actually
10   sitting on the couch talking to somebody, but
11   I couldn't hear what he was saying or who he
12   was talking to.
13 Q. When you saw Kobe sitting on the couch, where
14   was that couch as you're looking through the
15   window?
16 A. Like, directly in front of the window.
17 Q. Okay. Does that couch run, like,
18   perpendicular?
19 A. Perpendicular to the road in front of the
20   house.
21 Q. Okay.
22 A. There was a small loveseat that was right in
23   the entryway.
24 Q. Okay. All right. The grandfather comes out
25   and greets you. Do you recall what he says?

Officer Cody Turner                                    September 27, 2023

Page 37

1  A. Not the specifics, no.
2  Q. All right. Who is talking to the
3     grandfather?
4  A. Akers.
5  Q. Akers is talking?
6  A. Uh-hum.
7  Q. What happens next?
8  A. He talks to him, greets him briefly and then
9     basically advises him that we need to go
10    inside the house and check and make sure
11    everybody is okay.
12 Q. Okay. Does he agree and invite people in the
13    house?
14 A. Yes.
15 Q. All right. Do you go in the house?
16 A. Eventually.
17 Q. Who goes in immediately?
18 A. I think Akers is the first one to get to the
19    doorway and then followed behind him is
20    Officer Holt and Officer Vu. I don't
21    remember which order those two were in. I
22    was last.
23 Q. Okay. So who goes in to the house?
24 A. Grandfather, Akers and then either Holt or Vu
25    and then myself.

Page 38

1  Q. So all four went in the house or where did
2     you go?
3  A. Once I got inside the house?
4  Q. Yes.
5  A. Stood in the doorway.
6  Q. Okay. And where did you see Holt and Vu go?
7  A. Holt and Vu went around Akers and the
8     grandfather to where Kobe was sitting on the,
9     like, loveseat by the door.
10 Q. Okay. And what did Akers and the grandfather
11    do?
12 A. They briefly talked in, like, the entryway
13    there. I didn't hear what they said. Then
14    they turned and both walked back out in to
15    the driveway.
16 Q. Okay. Did you hear what Vu and Holt said
17    with Kobe?
18 A. No.
19 Q. Did you hear what Kobe said to Vu and Holt?
20 A. No.
21 Q. What happened next?
22 A. I saw Vu pat search him. I think he had
23    shorts, like, gym shorts on. Pat searched
24    him. And then he was going to sit back down
25    on the couch where the knife was hidden, but

Page 39

1     Vu stopped him and moved him across the
2     living room to a different seat, which is
3     standard protocol for us because of that
4     exact reason.
5  Q. Okay. Did he find anything on him when he
6     pat searched him?
7  A. I don't remember.
8  Q. Okay. Did he consent to the pat search? Did
9     he cooperate with the pat search?
10 A. As far as I know he cooperated. I'm not sure
11    if he consented. I didn't hear any of their
12    verbal exchange.
13 Q. You said that they moved to a chair on the
14    other side of the room?
15 A. Correct.
16 Q. Was that in front of the window or was
17    that --
18 A. Also in front of the window. Similar to the
19    couch, but facing kind of the opposite
20    direction. But also towards like another
21    couch that was against the back wall.
22 Q. By your description this is not a chair with
23    cushions and things?
24 A. No. It was like a metal folding chair.
25 Q. Okay. And you continue to stand in the

Page 40

1     doorway at this point?
2  A. Yeah. I kind of went between the doorway and
3     then over to I guess for lack of a better
4     term the hallway that goes in to the kitchen
5     and in to the living room. That was kind of
6     my area that I stood.
7  Q. Okay. Did you hear anything that Vu said to
8     Kobe?
9  A. No. He was talking super quiet. I could not
10    pretty much make out anything that he was
11    saying.
12 Q. Could you hear anything that Kobe was saying
13    to Vu?
14 A. Pieces of it, yes.
15 Q. What do you recall hearing?
16 A. I'm assuming that Vu asked him about what had
17    happened because Kobe mentioned that he had
18    gotten upset with his grandfather about
19    something having to do a with restaurant and
20    that he had grabbed a knife and a hammer and
21    had threatened him with it.
22        And then Vu said something back to
23    him in response. I couldn't hear what he
24    said. And then Kobe said: I was going to
25    assault him with it.



Page 41

1   Q. Can you recall that exactly or how closely do
2      you recall "assault"?  Is that a word in
3      particular that you remember?
4   A. Yeah, he specifically said "assault".
5   Q. What happened next?
6   A. Probably over I'd say maybe eight or ten
7      minutes as they conversed with Kobe I walked
8      back and forth between keeping an eye on them
9      to make sure that they were going to be okay
10     with him inside to going out to talk to the
11     grandmother.  After we found out that the
12     grandmother had procured the first knife and
13     the hammer from Kobe after the initial
14     assault of his grandfather, I took the hammer
15     and the knife outside.  Confirmed that the
16     knife was the one that he had used to assault
17     the grandfather.  The grandfather confirmed
18     it.
19         I stowed those kind of outside along
20     the edge of the step.  I went back outside.
21     Talked to the grandfather.  I could tell that
22     he was wavering on whether he wanted us
23     there.  And I explained to him that my fear
24     was if we left without arresting Kobe or
25     doing some type of enforcement to remove him

Page 42

1      from the home, that he was going to kill his
2      grandparents.
3   Q. Do you recall what the grandfather said to
4      you?
5   A. During, like...
6   Q. Either before or after you were telling him
7      that Kobe was going to kill him if he -- or
8      you were concerned that Kobe was going to
9      kill them?
10  A. He blew it off.  I don't think he gave me a
11     direct response like:  I disagree or I agree.
12     He just kind of went over it and kept just
13     talking and having the same conversation he
14     was having with Officer Akers.
15  Q. Do you recall what he said to Officer Akers?
16  A. No.
17  Q. Do you recall what he said to you?
18  A. Not 100%, no.
19  Q. 5%?
20  A. I'm not really sure.  I don't remember
21     everything, every word that he said because
22     he was kind of splitting that conversation
23     between me and Akers and I came in to the
24     house and out of the house maybe two, three,
25     four times.  So I heard pieces of the

Page 43

1      conversation.  Then I'd go back in.  So I
2      wouldn't be able to give you an exact
3      estimate of how much of this conversation I
4      heard or what stuff I remember specifically.
5   Q. So when you were back inside the house
6      observing Vu and Holt and I assume Kobe, can
7      you tell me what you saw while you were
8      observing them and what else you would heard?
9   A. Everybody was very calm.  Kobe was calm.
10     Holt was calm.  Vu was very calm.  They were
11     having a pretty standard conversation and I
12     felt once I had removed the knife and the
13     hammer from grandma, I felt comfortable
14     spending more time outside getting
15     information or listening to Akers get
16     information from the grandfather as we
17     prepared to arrest Kobe for the assault.
18  Q. So what happened next?
19  A. After?  I guess I'm not sure what part of the
20     timeline you want me to pick up on.
21  Q. Let's say where you were speaking with the
22     grandfather because you felt more
23     comfortable -- let me make sure that I get
24     this straight, so please correct me if I'm
25     wrong.  You said you felt more comfortable

Page 44

1      having the dialogue with the grandfather and
2      the grandfather -- and you were telling the
3      grandfather that you were afraid that if you
4      didn't do something Kobe would kill him and
5      he was blowing you off.
6          What happened next?
7   A. So part of that is incorrect.  I don't think
8      I felt more comfortable talking to the
9      grandfather.  I think what I was referring to
10     was because the three were calm inside the
11     house, I felt comfortable leaving them in
12     there to talk to each other --
13  Q. Uh-hum.
14  A. -- and go out and have the conversation with
15     the grandfather to get to the point where we
16     could make a decision about what type of
17     criminal charges there would be, jail or the
18     possibility of hospital, et cetera.  So there
19     wasn't any, like, the comfortability with the
20     grandfather.  I just figured that the house
21     interior was safe enough that I could spend
22     more time outside.
23  Q. Okay.  What happened next?
24  A. In the timeline you're talking about after I
25     spoke to the grandfather?



Page 45

1  Q.  Yes, right after --
2  A.  Because I went back and forth quite a few
3       times.
4  Q.  Right after what you were just saying.  You
5       were out talking to the grandfather.  What
6       happened next?
7  A.  I did that a couple times.  Are you talking
8       about the last time before the fight started?
9  Q.  Do you know how many times you did --
10  A.  I don't remember how many times.  That's why
11       I don't know what timeframe you're looking
12       for.  So I don't want to give you bad
13       information if it was the first time that
14       you're talking about or the last.
15           Do you see what I'm saying?
16  Q.  Sure.
17  A.  Okay.
18  Q.  Do you have an approximate idea of how many
19       times you went back and forth?
20  A.  I don't.  Maybe two or three.
21  Q.  What do you recall during these back and
22       forth visits of what was going on with Kobe
23       and Holt and Vu?
24  A.  They were talking about what had occurred
25       between Kobe and his grandfather.

Page 46

1  Q.  Okay.  Do you recall hearing anything besides
2       what you've already told me --
3  A.  No.
4  Q.  -- from Kobe or Vu?
5  A.  No.
6  Q.  Or Holt?
7  A.  No.
8  Q.  Okay.  And in the times you went out and
9       talked to the grandfather do you recall what
10       the grandfather was saying any of those
11       times?
12  A.  Based off of memory, no.
13  Q.  Okay.  Do you recall what you were saying any
14       of those times besides what you've already
15       told me you said?
16  A.  Nothing specifically, no.
17  Q.  Okay.  So then I guess we get to the last
18       time that you were outside.
19  A.  Uh-hum.
20  Q.  What do you recall occurring then?
21  A.  I remember listening -- I don't remember what
22       they were saying, but I remember listening to
23       Akers and the grandfather continue to talk.
24       And I already had made the decision at that
25       point that if they weren't going to come to a

Page 47

1       conclusion to remove Kobe from the house
2       either for criminal charges or for the
3       hospital, that I was going to have to
4       intercede at that point.
5           So I was kind of formulating a plan
6       in my head for what I was going to end up
7       doing.  If I was going to be doing jail,
8       criminal charges, what the criminal charges
9       were.  And then as Akers is having this
10       conversation with the grandfather I could
11       hear like a loud I guess commotion for lack
12       of a better term and something like:  No, no,
13       no or some type of scream coming from the
14       inside of the house.
15  Q.  Okay.  While you're listening -- I'm going to
16       go to the beginning of what you just said, if
17       that's okay.  You made the decision that if
18       they didn't come to a conclusion to remove
19       Kobe from the house, either hospital or
20       charged with a crime, you would have to
21       intercede?
22  A.  Correct.
23  Q.  You said that normally the officer who's
24       assigned to that area would be in charge of
25       the scene, which would be Akers.

Page 48

1  A.  Correct.
2  Q.  How did you come to the conclusion to
3       override him?
4  A.  So I was senior officer on the scene at that
5       time and in a domestic assault type scenario
6       it's a shall arrest by state statute and this
7       falls into two categories:  the domestic
8       assault shall arrest and then second degree
9       assault because he was using a deadly weapon.
10           And so at that point if the officers
11       were fluctuating or were concerned about not
12       knowing what they wanted to do to resolve it,
13       which can happen sometimes, my plan was to
14       resolve it then if they basically hit a
15       dead-end or a roadblock where they didn't
16       know what to do with him.
17  Q.  Had you made a decision what your outcome was
18       going to be if they decided not to arrest or
19       hospitalize?
20  A.  Arrest.
21  Q.  Okay.  What do you think Akers was trying to
22       do at the time?
23  A.  I'm not sure.
24  Q.  Okay.
25  A.  I can't speculate to that.  We have never



Page 49

1     talked about it.
2  Q. Okay. Have you talked about this with any of
3     the other officers who were involved?
4  A. We did during like a CISM I guess for lack of
5     a better term, but that was five years ago.
6  Q. What's a CISM?
7  A. Critical Incident Stress Management I believe
8     it's called.
9  Q. And you talked about that with whom at the
10    CISM?
11 A. There were a couple psychologists there and
12    then the four officers that were involved.
13    But we haven't talked about it since.
14 Q. What was the purpose of that discussion, do
15    you know?
16 A. I don't.
17 Q. Were you required -- all required to attend
18    it or you volunteered to?
19 A. I don't remember.
20 Q. Okay.
21       MR. BOSMAN: Jason, do you know
22    anything about that, the CISM discussion
23    of...
24       MR. HIVELEY: I don't really -- I
25    mean, I'm not being deposed, so I don't know.

Page 50

1        MR. BOSMAN: Sorry. Can we go off
2     the record for a second.
3        (WHEREUPON, a brief recess was
4     taken, after which the following transpired.)
5        MR. BOSMAN: All right. We can go
6     back.
7  BY MR. BOSMAN:
8  Q. So you made the decision to intercede at this
9     point?
10 A. I wouldn't call it intercede. I just decided
11    that had the other officers that were on
12    scene not made a decision to arrest him or
13    put him on a hold from the house, that I was
14    going to. But I was not the primary officer,
15    so I was going to let them handle it until
16    they had made a decision one way or the
17    other.
18 Q. All right. Then you said you heard a
19    commotion?
20 A. Correct.
21 Q. All right. What happened then?
22 A. I ran back inside the house and at that point
23    I saw Holt starting to get ejected kind of
24    over the top of the loveseat/couch and out
25    the door towards my feet. Kobe was in to the

Page 51

1     couch and it had flipped over. I stepped
2     over the top or jumped over the top of Kobe,
3     turned around, drew my Taser and tried to
4     point the Taser in to kind of like it would
5     be like his upper left arm and his lower
6     ribcage area and didn't receive a lock up
7     from it.
8  Q. Okay.
9  A. He took Officer Vu, pushed him up, threw him
10    across the floor, got up, went down to the
11    ground again and as I tried to drive stun
12    him, so basically once the two probes are
13    connected if you can use the Taser itself
14    while still attached and connect with another
15    portion of the body, it will sometimes do the
16    neuromuscular incapacitation. I missed as he
17    was falling to the ground. And as he fell to
18    the ground I saw a red knife in his hand and
19    saw him take several stabbing motions towards
20    Vu's head, which was maybe a foot and a half
21    behind him.
22       At that point I transitioned the
23    Taser to my left hand, drew my firearm,
24    screamed "knife" three times and fired my
25    weapon.

Page 52

1  Q. You were one of two officers who fired that
2     day; is that correct?
3  A. As far as I know, yeah.
4  Q. Were you the first one to fire?
5  A. I have no idea.
6  Q. Did you hear anyone else fire before you did?
7  A. No, I didn't.
8  Q. Did you hear anyone else fire?
9  A. I thought I had heard other gunshots, but I
10    wasn't sure at the time. Obviously I know
11    more now. But my knowledge at the time, I
12    did not know.
13 Q. I'm asking about your memory.
14 A. Yep, did not know.
15 Q. But you recall independently firing at Kobe?
16 A. Correct.
17 Q. Okay. And you said you had called, "Knife,
18    knife, knife"?
19 A. Correct.
20 Q. Can you describe the knife?
21 A. It was like a smaller like steak knife, like
22    a filet knife almost. And it was red with
23    almost like a floral pattern on it. It was a
24    longer blade. Probably maybe a four or
25    five - six inch blade.



Officer Cody Turner                                    September 27, 2023

Page 53

1   Q. Okay. And I'm going to step you through the
2      portion of testimony you just gave because
3      there was a long narrative there. You said
4      when you stepped in to the room. Where was
5      Vu as you entered the doorway?
6   A. I don't know.
7   Q. Did you just say that you saw Vu being thrown
8      over the couch or into the couch?
9   A. I did not.
10  Q. I apologize. Did you saw Holt?
11  A. Correct.
12  Q. Okay. Where was Holt at that time when he
13     was --
14  A. Being thrown through the doorway.
15  Q. Okay. Did you see an impact between him and
16     Kobe?
17  A. An impact?
18  Q. Did you see Kobe impact Holt or was Holt
19     flying as a result of an impact or flying as
20     a result of something?
21  A. I had ascertained at that time that he was
22     flying as a result of some type of impact
23     because he was flying backwards, which is not
24     humanly possible for him to do on his own.
25  Q. Okay. But you didn't see how Kobe might have

Page 54

1      impacted Holt?
2   A. Correct.
3   Q. Okay. And he was flying backwards you just
4      said?
5   A. From what I remember, yeah.
6   Q. Okay. And where did he land?
7   A. Kind of in the doorway.
8   Q. Did he fly over the couch?
9   A. I don't remember.
10  Q. Did he land in the couch?
11  A. I don't know.
12  Q. Okay. Did you see Officer Vu when you came
13     in through the doorway?
14  A. Not that I remember, no.
15  Q. Okay. And where did you see Kobe when you
16     came in through the door?
17  A. He was essentially, like, almost
18     laying/sitting on the couch and it had tipped
19     over. So he was -- his chest area, almost
20     like he was sitting on the couch, but him and
21     the couch were tipped over, if that makes
22     sense.
23  Q. Okay. Was anybody attached to him? Had
24     anybody gone hands on with him?
25  A. At that point, yes.

Page 55

1   Q. Who was it when you came through the door?
2   A. That would be Officer Vu.
3   Q. So you did see Officer Vu. What was he
4      attached to?
5   A. After I had gone through the door after Holt
6      had gotten ejected out through the door and I
7      had stepped over Kobe and turned around and
8      drew my Taser, I could see Vu was somewhere
9      near his lower extremity/thigh area from what
10     I remember.
11  Q. Okay. Was he standing? Sitting? Kneeling?
12     How was he --
13  A. I don't remember.
14  Q. Okay. And you stepped over Kobe was he still
15     in the sort of sitting with the whole chair
16     back position?
17  A. He had been kind of turned to his side at
18     that point. I think he had turned to his
19     right side.
20  Q. That was turning towards the door at that
21     point?
22  A. Yes, correct.
23  Q. And you stepped over him towards the kitchen;
24     is that correct?
25  A. Correct.

Page 56

1   Q. Okay. And that's -- at that point where was
2      Officer Vu after you stepped across?
3   A. Near his leg area. Kind up -- if the couch
4      was tipped up, he would have been, like, over
5      I guess it would be the leg portion of the
6      couch but now the back portion of the couch
7      because the couch was on his back is the best
8      way I can describe it.
9   Q. Okay. All right. And where was Officer Vu?
10     I feel like I might have just confused you.
11     I'm sorry, because I was confusing myself.
12     One more time. Where was --
13  A. It was very chaotic, so I can see why you
14     would be confused.
15  Q. Where was Officer Holt?
16  A. I don't know where he went at that point
17     after he got thrown out the door.
18  Q. And Officer Vu you just said was where what
19     would normally be the bottom of the couch was
20     tipped up like the back?
21  A. Correct.
22  Q. Okay. And that's where you used your Taser?
23  A. Like on Kobe you're referring to I'm
24     assuming?
25  Q. Yes.



Page 57

1  A. Yes.
2  Q. Did you hear anyone else use a Taser?
3  A. Yes.
4  Q. Where did you hear that from?
5  A. I could just hear the sound of a Taser being
6     deployed. I assumed it was towards Kobe. I
7     don't know who deployed Taser at the time or
8     where it came from or any of those.
9  Q. Did you hear anyone say, "Taser, Taser,
10    Taser"?
11 A. No.
12 Q. What was -- could you tell me what Kobe was
13    trying to do at the time that you were Tasing
14    him?
15 A. No. I take that back. I could tell that he
16    was fighting with Vu, who was trying to pin
17    him to the ground.
18 Q. Could you tell, was he trying to escape Vu?
19 A. I couldn't tell. I just knew that at that
20    point that Holt had been ejected out the door
21    and that Kobe and Vu were in a fight and that
22    Kobe was fighting Vu.
23 Q. Did you give any consideration to going hands
24    on on to Kobe?
25 A. No.

Page 58

1  Q. Why not?
2  A. Because I could already tell by the fact that
3     he was able to eject Holt out the door and
4     take Vu on at the same time, those two,
5     they're combined weight is more than mine and
6     I knew that going hands on at that time would
7     have been ineffective.
8  Q. How tall are you?
9  A. About 6'3.
10 Q. What's your weight?
11 A. At that time?
12 Q. Yeah.
13 A. Maybe 180.
14 Q. Okay. All right. What happened next?
15 A. As soon as I deployed the Taser I could tell
16    it had no effect. I watched him as he took
17    Vu with one hand and lifted him up off the
18    ground and pushed him on to the ground again,
19    push himself up off of the couch and run
20    towards Vu. And I chased after him trying to
21    make the third point of contact with my Taser
22    and I missed as he was falling to the ground
23    for I guess what would be the second time.
24    And as he turned and rotated to look back
25    towards Vu, who was now wrapped up around his

Page 59

1     legs, I saw the red knife in his hand and
2     that's when I started going through the
3     series of: Oh, he's got a knife in his hand.
4     It's a different knife than the one we had
5     taken away from grandma earlier.
6        I watched him swing it towards Vu's
7     face. I was upset because this knife had
8     appeared out of the middle of nowhere or I
9     thought that it had been in his shorts or he
10    had acquired it from somewhere. And I knew
11    right there that Vu was going to be stabbed
12    right in the face. And he took one swing at
13    him and missed.
14       And in that timeframe I had drawn my
15    firearm, yelled the, "Knife, knife, knife"
16    and began firing.
17 Q. I'm going to have to ask you to clarify
18    because I don't quite understand what you're
19    saying there. You said he threw Vu off with
20    one hand?
21 A. Correct.
22 Q. He charged towards Vu?
23 A. Correct.
24 Q. And then he slashed -- he looked back at Vu?
25 A. No. As he's back on his right shoulder, Holt

Page 60

1     is still in the process of getting ejected
2     out the door. Vu is over the top of the
3     couch. Kobe grabs him, pushes him off of him
4     with one hand, pushes himself up. Now Vu is
5     on the ground in front of him. Kobe runs
6     towards him. Vu -- I don't know if he
7     tackles him or what happens. As I'm trying
8     to drive stun Kobe, Kobe falls again. I miss
9     him.
10       And as he falls to the ground and
11    turns back towards Vu and takes a hand motion
12    towards him, I can see the knife in his hand
13    and then I go through that series of events
14    in my head, probably about a half a second
15    of: Where the hell did that knife come from?
16    He just acquired a knife. Holt is wrapped
17    around his legs. He's going to stab Holt --
18    no, I'm sorry. Vu is wrapped around his
19    legs. He's going to stab Vu in the face
20    because Vu is like maybe a foot and a half
21    behind him.
22       And then I watched him take the
23    first swing. I draw my firearm. I yell,
24    "Knife, knife, knife", and I begin firing.
25 Q. Did you say that he took one swing? Did you



Page 61

1    say he took multiple swings?
2    A. I remember one distinct swing and then when
3       he came back down, he was preparing to do
4       another swing and I began firing.  And I'm
5       not sure if he swung a second time during the
6       firing process.  I don't remember.
7    Q. Do you recall, was he on his knees at this
8       point?  Was he on his belly?  How was he
9       doing that?
10   A. Initially he was on like his -- it would have
11      been his, like, I think right hip and kind
12      of had to push himself up off the ground
13      using his leg weight because he had the knife
14      in his right hand and he was leaning on his
15      right hand.  So he had to lean up with Vu on
16      his legs and kind of do like a backwards
17      slashing motion towards his head.
18   Q. Okay.
19   A. And then as I drew my firearm yelling,
20      "Knife, knife, knife", he mentioned to get
21      away from Vu.  I'm assuming Vu let him go
22      after he heard me scream that.  And then he
23      began the process of getting up and I began
24      firing.
25   Q. Okay.  Could you see Vu when he took a slash

Page 62

1    at Vu's head?
2    A. I could kind of see Vu's face.  He's got a
3       very round face.  I could kind of see Vu's
4       face in my peripheral vision as I'm staring
5       at the knife and then looking at Heisler as
6       he's looking back at Vu.
7            So I could see Vu directly behind
8       him kind of at not quite a 45-degree angle I
9       guess.
10   Q. And you said he got within a foot of Vu's
11      head with the knife?
12   A. He was -- Vu was within a foot of him when he
13      took the slash.  I don't know how close the
14      knife got to his face.  I saw him make the
15      slashing motion towards Vu, but Vu was about
16      a foot from Kobe's face at the time.  How
17      close the knife got I'm not sure.
18   Q. Well, Kobe is about 6' as well?
19   A. He's taller than me.  He's about 6'5.
20   Q. Okay.  How what portion of Kobe was within a
21      foot of Vu?
22   A. Well, I mean, I guess technically they were
23      in contact with each other because Vu wrapped
24      him up in a tackle or whatever he had done to
25      make him fall to the ground a second time.

Page 63

1    So I guess it would be zero inches at that
2    point.  But as far as where Vu's face was, it
3    was extremely close to where Kobe's was
4    because he pushed off the ground back towards
5    Vu and took the slash with the knife before I
6    started firing.
7    Q. And you have no idea how close that knife
8       would be to Vu's face?
9    A. Close.  Close enough that at that point I
10      knew that if I did not doing some type of
11      interference using my firearm that Vu was
12      going to be killed.
13   Q. Okay.  What happened next?
14   A. I fired what turned out to be three times and
15      then Kobe fell to the ground kind of near
16      where the TV was where he was sitting
17      originally and I backed in to the hallway by
18      what I'm assuming is a bedroom.  I never went
19      back there.  I don't know.
20   Q. Okay.  Then what happened?
21   A. It took us a few minutes to get our bearings
22      trying to figure out what we were going to
23      do.  I had them evaluate Vu to make sure he
24      didn't have any stab wounds because it's
25      common for stab wounds to be rapid and then

Page 64

1    have a rapid blood loss after.  People do not
2    know they've been stabbed and then go
3    unconscious and die within a very short
4    amount of time.  So I had Vu be checked for
5    stab wounds.
6            I started ordering medical.  Radioed
7       that we needed more officers on scene.  I
8       ordered a bunker from the supervisor and
9       began formulating a plan to approach him,
10      disarm him and start rendering medical.
11   Q. Did you hear any other firing besides your
12      own?
13   A. I think we already talked about that.
14   Q. I have a follow-up question I forgot to ask.
15      So did you hear any other firing besides your
16      own?
17   A. I don't remember.
18   Q. All right.  Do you remember anyone else
19      firing?
20   A. From my memory or from, like, reading the
21      reports?
22   Q. From your memory.
23   A. I don't remember.
24   Q. Okay.  Many people in these situations
25      experience both tunnel vision or hearings



Page 65

1    exclusion.
2  A.  Correct.
3  Q.  Do you recall experiencing either of those?
4  A.  Hearing exclusion.  Tunnel vision wasn't too
5      bad.
6  Q.  Okay.  Do you recall the three shots that you
7      fired?
8  A.  Not at the time, no.
9  Q.  Do you recall drawing your weapon?
10 A.  Are you talking from, like, my memory of the
11     event when it happened?
12 Q.  Yes.
13 A.  Yes.
14 Q.  Okay.  Do you recall seeing your front sight?
15 A.  No.
16 Q.  Do you recall moving during your shooting
17     sequence?
18 A.  Yes.
19 Q.  What was your movement during that time
20     period?
21 A.  Away from him.
22 Q.  Okay.  Do you recall what you were aiming at?
23 A.  Center mass.
24 Q.  Okay.
25 A.  And it would be called point shooting.  It

Page 66

1      wouldn't be aiming because I couldn't use the
2      sight.
3  Q.  Right.
4          MR. BOSMAN:  I'd like to take a
5      ten-minute break.
6          MR HIVELEY:  Sure.
7          MR. BOSMAN:  All right.  Can we go
8      off the record.
9          (WHEREUPON, at which time a brief
10     recess was taken, after which the following
11     transpired.)
12         MR. BOSMAN:  If we can go back on
13     the record, please.
14 BY MR. BOSMAN:
15 Q.  All right.  Just a couple areas I wanted to
16     talk about.  In your statements to the BCA it
17     talks about you being the fourth man at the
18     door.  Do you recall that?
19 A.  I don't remember the BCA statement, like,
20     perfectly.  But that sounds correct.
21 Q.  All right.  Do you recall being concerned
22     about being the fourth person at the door?
23 A.  Yes.
24 Q.  Okay.  Why were you concerned about it?
25 A.  It was not the numerical order that I was

Page 67

1      concerned about.  It was standing in the
2      doorway that I was concerned about.
3  Q.  And you were concerned about that for what
4      reason?
5  A.  Because if someone is planning to attack with
6      a knife or a gun or something when everybody
7      is condensed into the doorway, it's easier to
8      wound multiple people at the same time if
9      they're all condensed in to what would be
10     considered a fatal ball.
11 Q.  After we move further in to the scenario when
12     Vu and Holt are talking to Kobe and Akers is
13     talking to the grandfather outside the house,
14     you remained near the doorway; is that
15     correct?
16 A.  Correct.
17 Q.  Okay.  Do you recall at any time relaying
18     information from Akers to Vu and Holt?
19 A.  Yes, I believe so.
20 Q.  Do you recall what it was that Akers said
21     that you relayed?
22 A.  I don't remember specifically what it was.  I
23     remember after hearing that Kobe told either
24     Holt or Vu, whoever was questioning him at
25     the time, that he attempted to assault his

Page 68

1      grandfather, I remember relaying that
2      information out to Akers and to the
3      grandfather.  I don't remember what their
4      response was or what I said back to them.
5  Q.  Do you remember relaying anything from Akers
6      to Holt or Vu?
7  A.  No, I don't remember.
8  Q.  Do you recall at Brooklyn Center as part of
9      the annual evaluation process you were
10     allowed to fill out your goals?
11 A.  Yes.
12 Q.  Okay.  Do you recall one year asking for more
13     martial arts courses for officers?
14 A.  I don't remember, no.
15 Q.  Okay.  Have you personally ever been a
16     martial arts student?
17 A.  I've been trained in defensive tactics.
18 Q.  Outside of the police department?
19 A.  No.
20 Q.  Okay.  Do you recall requesting that you be
21     given armor training?
22 A.  Yes.
23 Q.  Do you recall saying that you would pay for
24     it yourself?
25 A.  I can't believe I would have said that, but I



Page 69

1     believe it at the time depending on how long
2     ago it was.
3   Q.  All right.  Do you recall saying that you
4       requested more shooting training saying,
5       "It's the most important.  We don't practice
6       enough"?
7   A.  Yes.
8   Q.  Okay.  All right.
9           MR. BOSMAN:  So this will be
10      Exhibit 5.
11          (WHEREUPON, Deposition Exhibit
12      Number 5 was marked for identification by the
13      court reporter.)
14  BY MR. BOSMAN:
15  Q.  Have you seen that page?  Well, do you recall
16      before -- we get to that document, my
17      apologies, do you recall in an annual
18      evaluation being counseled for a loss of
19      demeanor and a lack of courtesy in two
20      separate incidents?
21  A.  I don't remember the quantity of incidents,
22      no.
23  Q.  All right.  Do you see the 1/6/2010 IA that's
24      a complaint from the citizen, not from IA,
25      based on the Type?

Page 70

1   A.  From Darryl Millner?
2   Q.  Yes, sir.
3   A.  Uh-hum.
4   Q.  "Officer acted in unprofessional",
5       "Sustained".  Can you tell me what that was
6       about?
7   A.  It was a traffic stop.  It was like 69th and
8       the Boulevard.  I don't remember the
9       interaction, but he was upset that he got a
10      ticket for driving after revocation.
11  Q.  Can you tell me who would have sustained the
12      complaint?
13  A.  No idea.
14  Q.  Does this appear to be an Internal Affairs
15      report from your personnel file?
16  A.  I'm assuming so.  I've never seen this
17      before.
18  Q.  Okay.
19  A.  It would not have been Internal Affairs
20      like -- IA's for us in Brooklyn Center at the
21      time would have been formal where we would
22      have had to sign like a Giglio or -- not a
23      Giglio.  I'm trying to remember the name of
24      it.  Like a Tennessen warning I believe is
25      the term.

Page 71

1   Q.  Uh-hum.
2   A.  I only remember two of those, maybe three,
3       and all of them were unsubstantiated.  So
4       these would be like complaints I guess
5       essentially.  But I've never seen them
6       documented in this form before.  I don't
7       remember back in 2010 who the supervisor even
8       would have been.  That was a long time ago.
9       14 years ago.
10  Q.  Do you recall any reprimands for driving in
11      violation of departmental policy?
12  A.  Yeah.
13  Q.  Do you recall what your violation was?
14  A.  Not completely stopping at a stop sign during
15      a pursuit.
16  Q.  Do you recall the one for excessive speed?
17  A.  That was the same one.
18  Q.  Okay.  That's '21.  All right.  All the rest
19      are exonerated complaints.  All right.  That
20      should wrap that up.
21          MR. BOSMAN:  All right.  I'm out
22      of questions.  Go ahead.
23          MR. HIVELEY:  Just confirming that
24      Exhibit 3 is going to be Officer Turner's
25      body camera video and we'll have a

Page 72

1       placeholder instead of the video since we
2       both have copies of it.
3           MR. BOSMAN:  Right.
4           EXAMINATION
5   BY MR. HIVELEY:
6   Q.  You testified about seeing Kobe with a knife
7       and that he swung it at Officer Vu, who was
8       holding on to Kobe's legs.  So you see the
9       knife.  You yelled, "Knife, knife, knife".
10      And then you testify that Kobe started to get
11      up when you then fired your handgun.  Do you
12      believe that you had deadly force
13      authorization to fire your handgun at that
14      moment?
15  A.  Absolutely, yeah.
16  Q.  And why is that?
17  A.  Because at that point he had already taken a
18      swing at Vu's face with the knife and now he
19      was getting in to a better position where he
20      would have been stronger and faster and had
21      more distance and more reach by asserting to
22      get up off the ground.
23  Q.  Do you believe that Kobe poises an imminent
24      threat of death or serious physical injury to
25      Officer Vu, yourself and the other officers?

**Page 73**

1  A.  All of the above and grandmother as well.

2  Q.  And why is that?

3  A.  She was in close proximity.  She was clearly

4     nonambulatory at the time.  Officer Vu was

5     within several feet of him after he began to

6     get up.  I did not know the whereabouts of

7     the Holt at the time, how close he was, what

8     direction Kobe was planning on going once he

9     got up.  He was still in the process of

10    getting up when I began firing.

11        MR. HIVELEY:  Okay.  That's all

12    the questions I have.

13        MR. BOSMAN:  All right.  That's a

14    day's work.

15        MR. HIVELEY:  All right.  We'll

16    read and sign.

17        (WHEREUPON, the deposition was

18    adjourned at 4:09 p.m.)

19        * * (END OF RECORD) * *

20

21

22

23

24

25

**Page 75**

1       I, Officer Cody Turner, have read this

2   deposition transcript pages 1 - 74 and

3   acknowledge herein its accuracy except as

4   noted on the errata sheet.

5

6

7       _____

        Signature

8

9

10      _____

        Notary Public

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 74**

1              ERRATA SHEET

2   Page/Ln    Correction       Reason

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

**Page 76**

1   STATE OF MINNESOTA

                              CERTIFICATE

2   COUNTY OF SCOTT

3         I, CINDY M. TRATTLES, hereby

    certify that I reported the deposition of

4   OFFICER CODY TURNER on the 27th day of

    September 2023 in Bloomington, Minnesota, and

5   that the witness was by me first duly sworn

    to tell the truth and nothing but the truth

6   concerning the matter in controversy

    aforesaid;

7

          That I was then and there a notary

8   public in and for the County of Scott, State

    of Minnesota; that by virtue thereof I was

9   duly authorized to administer an oath;

10        That the foregoing transcript is a

    true and correct transcript of my

11  stenographic notes in said matter,

    transcribed under my direction and control;

12

          That the cost of the original has

13  been charged to the party who noticed the

    deposition and that all parties who ordered

14  copies have been charged at the same rate for

    such copies;

15

          That the reading and signing of the

16  deposition were not waived;

17        That I am not related to any of the

    parties hereto, nor interested in the outcome

18  of the action and have no contract with any

    parties, attorneys or persons with an

19  interest in the action that has a substantial

    tendency to affect my impartiality;

20

          WITNESS MY HAND AND SEAL this 3rd

21  day of October 2023.

22

23          _Cindy M. Trattles_

24              Notary Public

25

LEXITAS

Officer Cody Turner                                September 27, 2023   Index: 04..Alex

## Exhibits

**153750 Turner, Cody 09.27. 23 EX 4** 3:8 27:7,8, 9

**153750 Turner, Cody 09.27. 23 EX 5** 3:10 69:10,11,12

## 0

**04** 6:24
**05** 8:17
**06** 8:17
**06/16/13** 28:18
**09** 10:25 11:3 14:1 19:25 24:10

## 1

**1** 20:8,9,13 21:9, 15 23:15,18
**1/2** 20:6,7,10
**1/6/2010** 69:23
**10** 24:10,11
**100%** 15:17,19 42:18
**11/16** 28:13
**11/16/13** 28:2,18
**13** 28:14
**14** 18:3 71:9
**15** 14:18 15:15 18:3,4
**16** 8:14 18:4
**16th** 11:3
**17** 8:14 18:22

**18** 8:14
**180** 58:13
**19** 18:20,21 25:23

## 2

**2** 15:25 20:8,9 21:11,12
**20** 9:25 15:15
**2009-ish** 5:25
**2010** 71:7
**2013** 30:1
**2023** 4:2
**21** 16:18 17:12 25:24 71:18
**22** 16:11 17:22 18:16
**25** 22:3 27:12,22 28:6
**27th** 4:2
**2:43** 4:5

## 3

**3** 20:6,7,8,9,10 23:6 27:1,6 71:24
**30** 15:24
**30's** 8:19
**31st** 30:9
**3648** 11:22

## 4

**4** 6:23 20:8,10 23:14 27:7,9
**40** 16:11 17:22
**45** 11:25
**45-degree** 62:8

**4:09** 73:18

## 5

**5** 69:10,12
**5%** 42:19
**50** 21:24
**50/50** 21:18
**54th** 30:22
**55th** 30:23

## 6

**6'** 62:18
**6'3** 58:9
**6'5** 62:19
**6/16/13** 28:2
**69th** 70:7

## 7

**70** 19:19
**70%** 19:6

## 8

**87** 5:15

## 9

**9** 18:2,13,14,21
**90%** 19:13
**911** 25:2
**9321** 4:3

## A

**AAS** 7:14
**Absolutely** 72:15

**accident** 9:17
**acknowledged** 29:17
**acquired** 59:10 60:16
**acted** 70:4
**activity** 29:14
**address** 31:5
**addressed** 4:16
**adjourned** 73:18
**advises** 37:9
**Affairs** 70:14,19
**affect** 18:11
**afraid** 44:3
**age** 8:20 32:8
**agencies** 9:13 26:14
**agency** 10:1 11:15 17:16,17
**aggressive** 29:12
**agree** 29:25 37:12 42:11
**Agriculture** 6:15
**ahead** 30:8 71:22
**aiming** 65:22 66:1
**Akers** 31:14 33:5, 15,21,25 34:23, 24,25 35:4,8 37:4, 5,18,24 38:7,10 42:14,15,23 43:15 46:23 47:9,25 48:21 67:12,18,20 68:2,5
**Akers'** 34:18
**alert** 12:5
**Alex** 7:5,18,19,24 9:1



**allowed** 68:10

**aloud** 27:23

**amount** 64:4

**angle** 62:8

**annual** 68:9 69:17

**apologies** 69:17

**apologize** 53:10

**appeared** 59:8

**applied** 9:13 10:20

**apply** 9:22 21:6

**applying** 9:12 10:18

**apprehension** 26:5

**approach** 12:1,10 35:23 64:9

**approached** 34:9, 11 36:4

**approximate** 45:18

**approximately** 4:5 33:25

**area** 6:4,5,10 10:2 33:18 40:6 47:24 51:6 54:19 55:9 56:3

**areas** 17:8 66:15

**arm** 51:5

**armor** 68:21

**arrest** 22:20,21 43:17 48:6,8,18, 20 50:12

**arresting** 41:24

**arrests** 29:14

**arrive** 33:14 34:4

**arrived** 31:11 32:10 34:17

**art** 14:9

**arts** 68:13,16

**ascertained** 53:21

**assault** 40:25 41:2,4,14,16 43:17 48:5,8,9 67:25

**asserting** 72:21

**assigned** 33:18,20 47:24

**assignments** 29:9

**Associate's** 8:1

**assume** 43:6

**assumed** 57:6

**assuming** 12:22 13:17,25 14:19 40:16 56:24 61:21 63:18 70:16

**attached** 51:14 54:23 55:4

**attack** 67:5

**attempt** 32:22

**attempted** 31:22 67:25

**attend** 49:17

**attorney** 4:18

**August** 10:25 16:18 17:12 25:24 30:9

**authority** 11:22

**authorization** 72:13

**automatically** 35:19

**Avenue** 4:4

**B**

**BA** 8:6

**back** 12:18 14:16 15:1 18:25 20:5 23:18 26:11 30:1 38:14,24 39:21 40:22 41:8,20 43:1,5 45:2,19,21 50:6,22 55:16 56:6,7,20 57:15 58:24 59:24,25 60:11 61:3 62:6 63:4,19 66:12 68:4 71:7

**backed** 63:17

**backup** 11:24 12:2

**backwards** 53:23 54:3 61:16

**bad** 9:18,20 13:2 45:12 65:5

**bag** 20:14 21:17

**balance** 25:11

**ball** 67:10

**based** 21:25 25:13 46:12 69:25

**basic** 20:14,15 21:16

**basically** 11:5,23 21:5,15 22:25 37:9 48:14 51:12

**BCA** 66:16,19

**bearings** 63:21

**bedroom** 63:18

**began** 11:12 59:16 61:4,23 64:9 73:5, 10

**begin** 60:24

**beginning** 5:12

47:16

**begins** 28:1

**belly** 61:8

**bigger** 25:3

**bit** 9:15

**blade** 52:24,25

**blew** 42:10

**blood** 64:1

**Bloomington** 4:4

**blowing** 44:5

**blue** 10:24

**body** 51:15 71:25

**book** 12:17

**booking** 11:21

**Boring** 10:10

**born** 5:11

**Bosman** 4:14,18 14:8,11 17:3 26:23 27:5,11,14, 17 28:6,15 29:6 49:21 50:1,5,7 66:4,7,12,14 69:9, 14 71:21 72:3 73:13

**bottom** 29:7 56:19

**Boulevard** 70:8

**Brandon** 33:15,21

**break** 66:5

**briefly** 37:8 38:12

**Brooklyn** 9:7 10:21 12:14 16:14,16 17:17,23 19:9 20:2 26:16, 17 68:8 70:20

**buildings** 12:7

**bump** 24:21

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



**bunch** 6:8

**bunker** 64:8

**burglary** 21:2

---

**C**

**caliber** 16:11

**call** 20:15,18,24
21:2,3 22:18,22,
23 27:7 30:21,24,
25 31:4,9 32:3,10
33:5,9 50:10

**called** 4:9 7:15
10:23 22:24 49:8
52:17 65:25

**calls** 8:24 10:14
21:7,20 30:17
31:16

**calm** 43:9,10
44:10

**camera** 71:25

**car** 5:3 20:16
21:17 30:15 32:9,
17 33:12,18,20
34:4,7,18,21

**carjackings** 26:6

**carried** 16:12

**carry** 17:22

**cars** 31:7 33:22
34:12,20

**case** 5:4,7 13:7

**cases** 4:25 33:17

**categories** 48:7

**categorized** 5:2

**cautious** 12:3,4

**Center** 9:7 10:21
12:14 16:14,17
17:17,23 19:9
20:2 26:16 65:23

**68:8 70:20**

**certificate** 7:21

**certification**
12:21,23

**certify** 13:24

**cetera** 21:8 22:9
44:18

**chair** 39:13,22,24
55:15

**change** 12:10
17:11,15

**chaotic** 56:13

**charge** 47:24

**charged** 47:20
59:22

**charger** 27:19

**charges** 44:17
47:2,8

**chased** 58:20

**check** 37:10

**checked** 64:4

**checklist** 21:1

**chest** 54:19

**child** 5:19

**CISM** 49:4,6,10,22

**Cities** 5:25

**citizen** 69:24

**city** 6:7 20:15

**clarify** 59:17

**classes** 8:2

**clear** 12:6

**close** 30:6 62:13,
17 63:3,7,9 73:3,7

**closely** 41:1

**closest** 36:3

**Cody** 4:1,8 28:4,9,
17 29:8,14,17

**College** 7:3

**combined** 58:5

**comfort** 22:11

**comfortability**
44:19

**comfortable**
43:13,23,25 44:8,
11

**commencing** 4:5

**common** 24:8
63:25

**commotion** 47:11
50:19

**community** 24:25
25:6,9

**compact** 18:16,21

**complaint** 69:24
70:12

**complaints** 71:4,
19

**completely** 71:14

**completes** 29:9

**concerned** 42:8
48:11 66:21,24
67:1,2,3

**conclusion** 47:1,
18 48:2

**condensed** 67:7,9

**conduct** 29:16

**confidence** 29:11

**confirmed** 41:15,
17

**confirming** 71:23

**confused** 34:13
35:16 56:10,14

**confusing** 56:11

**connect** 51:14

**connected** 51:13

**consent** 39:8

**consented** 39:11

**consideration**
57:23

**considered** 67:10

**consistency** 27:1

**contact** 15:25 16:4
58:21 62:23

**continue** 39:25
46:23

**control** 18:15 33:1

**conversation** 35:4
42:13,22 43:1,3,
11 44:14 47:10

**conversed** 41:7

**cooperate** 39:9

**cooperated** 39:10

**Cop** 25:7

**copies** 72:2

**correct** 7:22 8:8
16:5 17:18 18:23
19:14 21:10 23:17
25:15 26:10 39:15
43:24 47:22 48:1
50:20 52:2,16,19
53:11 54:2 55:22,
24,25 56:21
59:21,23 65:2
66:20 67:15,16

**correctly** 23:8
29:23

**couch** 36:10,13,
14,17 38:25
39:19,21 51:1
53:8 54:8,10,18,
20,21 56:3,6,7,19



58:19 60:3

**counseled** 69:18

**County** 6:4 16:20 26:18

**couple** 10:12 45:7 49:11 66:15

**courses** 68:13

**court** 27:10 69:13

**courtesy** 69:19

**covered** 11:18 13:25

**Crazy** 16:6

**create** 27:5

**crime** 47:20

**crimes** 8:25 24:19 25:5 26:3,4

**criminal** 7:16 44:17 47:2,8

**crisis** 14:10,12

**Critical** 49:7

**crowbar** 5:9

**curious** 26:20

**current** 14:2,8

**curriculum** 7:23 8:22

**cushions** 39:23

**D**

**Darryl** 70:1

**day** 4:2 11:4 23:1, 5,19 30:9,13,14, 18 33:19 52:2

**day's** 73:14

**days** 30:14

**days'** 11:16

**dead-end** 48:15

**deadly** 48:9 72:12

**deal** 25:3

**dealing** 30:4

**death** 4:20 5:1,4,7 72:24

**decade** 30:3

**December** 25:23

**decide** 21:23

**decided** 48:18 50:10

**decision** 44:16 46:24 47:17 48:17 50:8,12,16

**decisions** 21:13

**deep** 27:12

**defensive** 12:22 13:18,19,22 68:17

**degree** 7:11,13,19 8:1,11,16 48:8

**delayed** 9:14

**deliberate** 12:12

**demeanor** 69:19

**department** 9:4 12:16,19 68:18

**departmental** 71:11

**Departments** 26:13

**depending** 22:4 69:1

**depends** 22:10

**deployed** 15:11 57:6,7 58:15

**deposed** 49:25

**deposition** 4:1,21 27:8 69:11 73:17

**describe** 35:8

52:20 56:8

**description** 35:12 39:22

**detain** 11:22

**detective** 16:22

**diagonal** 35:23

**dialogue** 44:1

**die** 64:3

**difference** 13:11 18:8,10

**difficulty** 24:15

**direct** 42:11

**direction** 39:20 73:8

**directly** 36:16 62:7

**disagree** 29:25 42:11

**disarm** 64:10

**disclosures** 27:16

**discussion** 49:14, 22

**dispatch** 30:24 31:4

**dispatched** 31:9

**distance** 72:21

**distinct** 61:2

**disturbed** 14:7,13

**division** 17:2

**document** 23:5,10 69:16

**documented** 71:6

**domestic** 31:1 48:5,7

**door** 38:9 50:25 54:16 55:1,5,6,20 56:17 57:20 58:3 60:2 66:18,22

**doors** 33:24 34:17

**doorway** 37:19 38:5 40:1,2 53:5, 14 54:7,13 67:2,7, 14

**DOR** 22:25

**draw** 60:23

**drawing** 65:9

**drawn** 59:14

**drew** 51:3,23 55:8 61:19

**drive** 51:11 60:8

**driveway** 35:22 38:15

**driving** 8:24 70:10 71:10

**drug** 25:17,20

**drugs** 25:4

**duly** 4:10

**Dupont** 30:22,23

**Dwayne** 24:1

**E**

**earlier** 59:5

**early** 24:11,12,16

**easier** 18:12,15 67:7

**edge** 41:20

**effect** 58:16

**effective** 15:10,16, 17,19,22

**egregious** 22:17

**eject** 58:3

**ejected** 50:23 55:6 57:20 60:1

**emotional** 14:12



**emotionally** 14:7

**en** 31:10

**encompass** 20:25

**end** 22:7 47:6 73:19

**ended** 5:10 26:21

**enforcement** 7:14 41:25

**English** 8:3

**Ensign** 4:4

**entered** 53:5

**entering** 26:25

**entire** 10:14 14:15 23:12

**entryway** 36:23 38:12

**equivalent** 18:19

**escape** 57:18

**essentially** 15:20 22:21 54:17 71:5

**estimate** 43:3

**ESU** 19:11,12

**evaluate** 23:4 32:20 63:23

**evaluated** 23:3

**evaluation** 23:2,15 27:21 68:9 69:18

**evaluations** 22:22

**event** 65:11

**events** 17:16 25:6 60:13

**eventually** 25:17 37:16

**exact** 39:4 43:2

**EXAMINATION** 4:13 72:4

**examined** 4:10

**excessive** 71:16

**exchange** 39:12

**exclusion** 65:1,4

**exhibit** 26:24 27:1, 5,7,8 69:10,11 71:24

**exited** 34:12

**exonerated** 71:19

**experience** 29:10 64:25

**experienced** 22:12

**experiencing** 65:3

**explain** 20:9

**explained** 41:23

**explaining** 13:2

**extension** 21:15

**extremely** 63:3

**extremity/thigh** 55:9

**eye** 9:14 41:8

---

**F**

**face** 59:7,12 60:19 62:2,3,4,14,16 63:2,8 72:18

**facing** 39:19

**fact** 18:11 58:2

**fail** 19:17

**fair** 27:18

**fall** 62:25

**falling** 51:17 58:22

**falls** 10:2 48:7 60:8,10

**family** 6:12

**faster** 72:20

**fatal** 67:10

**fear** 41:23

**February** 24:12

**feel** 56:10

**feet** 15:24,25 50:25 73:5

**fell** 51:17 63:15

**felt** 43:12,13,22,25 44:8,11

**field** 11:12,13 21:13,19 22:16

**fight** 45:8 57:21

**fighting** 57:16,22

**figure** 63:22

**figured** 44:20

**file** 8:6 17:7 70:15

**filet** 52:22

**fill** 68:10

**find** 18:8 39:5

**fine** 18:7 24:14

**fire** 52:4,6,8 72:13

**firearm** 12:20 16:10 51:23 59:15 60:23 61:19 63:11

**firearms** 16:7 24:23 26:6

**fired** 51:24 52:1 63:14 65:7 72:11

**firing** 52:15 59:16 60:24 61:4,6,24 63:6 64:11,15,19 73:10

**Flesland** 28:3,9,17

**flipped** 51:1

**floor** 51:10

**floral** 52:23

**Florida** 5:13,14

**fluctuating** 48:11

**fly** 54:8

**flying** 53:19,22,23 54:3

**folding** 39:24

**folks** 6:6,12

**follow-up** 64:14

**foot** 51:20 60:20 62:10,12,16,21

**force** 25:17,18,20, 21 26:2,8 72:12

**forgot** 64:14

**form** 23:1 28:10, 11 71:6

**formal** 70:21

**formulating** 47:5 64:9

**found** 41:11

**fourth** 20:11 66:17,22

**front** 12:18 14:15 35:25 36:6,16,19 39:16,18 60:5 65:14

**FTO** 20:4 21:21 23:4,18,25 24:9

**fugitive** 26:4

**full** 18:18,19 28:20

---

**G**

**gained** 29:10

**gave** 25:12 35:12 42:10 53:2

**general** 8:4

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



**Geography** 20:14

**gig** 9:22

**Giglio** 70:22,23

**give** 19:24 23:11 43:2 45:12 57:23

**GLOCK** 16:11 17:22 18:16

**goal** 25:25

**goals** 17:10 24:18 68:10

**goggles** 9:18,20

**grabbed** 40:20

**grabs** 60:3

**graduate** 6:19

**graduation** 9:8

**grandfather** 31:2 32:1 36:6,24 37:3, 24 38:8,10 40:18 41:11,14,17,21 42:3 43:16,22 44:1,2,3,9,15,20, 25 45:5,25 46:9, 10,23 47:10 67:13 68:1,3

**grandma** 43:13 59:5

**grandmother** 41:12 73:1

**grandparents** 42:2

**grandson** 31:1 32:2

**Granite** 10:2

**great** 27:4

**greet** 36:7

**greets** 36:25 37:8

**grew** 5:24

**ground** 51:11,17,

18 57:17 58:18,22 60:5,10 61:12 62:25 63:4,15 72:22

**groups** 25:8

**growing** 5:22

**grown** 29:11

**guess** 15:15 27:20 34:13 35:16,18 40:3 43:19 46:17 47:11 49:4 56:5 58:23 62:9,22 63:1 71:4

**guiding** 21:14

**gun** 12:21 16:12 67:6

**guns** 25:4

**gunshots** 52:9

**guy** 5:4

**guys** 16:13 17:4 27:14 33:11

**gym** 25:7 38:23

---

**H**

**half** 6:2 11:25 12:2 20:11 51:20 60:14,20

**hallway** 40:4 63:17

**hammer** 31:2 40:20 41:13,14 43:13

**hand** 51:18,23 58:17 59:1,3,20 60:4,11,12 61:14, 15

**handgun** 72:11,13

**handle** 50:15

**handles** 21:20

**handling** 11:23 22:14

**hands** 54:24 57:23 58:6

**happen** 48:13

**happened** 17:16 38:21 40:17 41:5 43:18 44:6,23 45:6 50:21 58:14 63:13,20 65:11

**hard** 27:19

**head** 47:6 51:20 60:14 61:17 62:1, 11

**health** 12:20

**hear** 31:3,7,13 36:11 38:13,16,19 39:11 40:7,12,23 47:11 52:6,8 57:2, 4,5,9 64:11,15

**heard** 10:22 42:25 43:4,8 50:18 52:9 61:22

**hearing** 30:24 40:15 46:1 65:4 67:23

**hearings** 64:25

**Heisler** 14:22 15:7,14 30:10,21 62:5

**Heisler's** 4:19

**hell** 60:15

**Hennepin** 16:20 26:18

**hidden** 38:25

**high** 6:19 7:2

**hip** 61:11

**hire** 20:2

**hired** 9:3,10 10:22 14:17

**hit** 48:14

**HIVELEY** 27:3 28:5,22 29:3 49:24 66:6 71:23 72:5 73:11,15

**hold** 50:13

**holding** 72:8

**Holmstrom** 24:1

**Holt** 16:25 37:20, 24 38:6,7,16,19 43:6,10 45:23 46:6 50:23 53:10, 12,18 54:1 55:5 56:15 57:20 58:3 59:25 60:16,17 67:12,18,24 68:6 73:7

**home** 42:1

**homeowner** 32:8

**hope** 8:20

**hospital** 44:18 47:3,19

**hospitalize** 48:19

**hour** 4:5 11:25 12:2

**hours** 6:2

**house** 31:22 32:5, 7 34:9,10,11,14, 22 35:7,14,15,24 36:5,20 37:10,13, 15,23 38:1,3 42:24 43:5 44:11, 20 47:1,14,19 50:13,22 67:13

**houses** 33:13 34:1

**HR** 12:19

**human** 24:23 25:4



**humanly** 53:24

**hundred** 10:13

**hurt** 31:22 32:23

**hyperfocused** 26:2

---

**I**

**IA** 69:23,24

**IA's** 70:20

**idea** 32:1 45:18 52:5 63:7 70:13

**identification** 27:9 69:12

**imagine** 31:5

**immediately** 11:12 37:17

**imminent** 72:23

**impact** 53:15,17, 18,19,22

**impacted** 54:1

**important** 69:5

**improve** 23:9

**incapacitation** 15:20 16:3 51:16

**inch** 52:25

**inches** 63:1

**incident** 14:22 15:14 30:6,10 49:7

**incidents** 69:20,21

**incorrect** 44:7

**independently** 52:15

**indicating** 28:11, 12,23 29:2

**individual** 21:25

**ineffective** 58:7

**information** 31:3 32:14 43:15,16 45:13 67:18 68:2

**initial** 16:8 19:9 20:2 27:15 41:13

**Initially** 61:10

**injured** 9:16

**injury** 9:14 72:24

**inside** 35:7 37:10 38:3 41:10 43:5 44:10 47:14 50:22

**instance** 13:6

**insurance** 12:20

**intended** 17:21

**interaction** 70:9

**intercede** 47:4,21 50:8,10

**interdiction** 24:24 26:6

**Interesting** 17:6, 19

**interference** 22:15 63:11

**interior** 44:21

**Internal** 70:14,19

**interrupt** 22:23

**investigation** 8:25

**investigations** 11:24 12:8 17:9 29:16

**invite** 37:12

**involved** 12:14 49:3,12

**issued** 12:21 15:2 16:10

**issues** 22:17

**Iverson** 4:3

---

**J**

**jail** 44:17 47:7

**Jason** 27:2 49:21

**Johnson** 23:22

**jumped** 51:2

**justice** 7:16

---

**K**

**Kandiyohi** 6:4,7

**keeping** 41:8

**Kerkhoven** 6:8

**Khottavongsa** 5:8

**kid** 5:18

**kill** 42:1,7,9 44:4

**killed** 63:12

**kin** 4:19

**kind** 4:25 6:14 8:15 10:23 19:16 21:18 22:10 23:16 25:1 27:19 32:9 33:17 39:19 40:2, 5 41:19 42:12,22 47:5 50:23 51:4 54:7 55:17 56:3 61:11,16 62:2,3,8 63:15

**kitchen** 40:4 55:23

**Kneeling** 55:11

**knees** 61:7

**knew** 57:19 58:6 59:10 63:10

**knife** 31:2 38:25 40:20 41:12,15,16 43:12 51:18,24 52:17,18,20,21,22 59:1,3,4,7,15

60:12,15,16,24 61:13,20 62:5,11, 14,17 63:5,7 67:6 72:6,9,18

**knowing** 48:12

**knowledge** 29:15 52:11

**Kobe** 4:19 30:10, 20 36:9,13 38:8, 17,19 40:8,12,17, 24 41:7,13,24 42:7,8 43:6,9,17 44:4 45:22,25 46:4 47:1,19 50:25 51:2 52:15 53:16,18,25 54:15 55:7,14 56:23 57:6,12,21,22,24 60:3,5,8 62:18,20 63:15 67:12,23 72:6,10,23 73:8

**Kobe's** 62:16 63:3 72:8

---

**L**

**lack** 40:3 47:11 49:4 69:19

**Lakota** 10:7

**land** 54:6,10

**large-scale** 26:5

**lash** 32:22

**lateral** 11:5

**law** 4:3 7:14 8:2,18

**lawns** 35:24

**lawsuit** 4:19

**laying/sitting** 54:18

**lead** 21:23 33:16

**leadership** 8:12



lean 61:15

leaning 61:14

learning 20:17

leaving 44:11

left 10:16 41:24
51:5,23

leg 56:3,5 61:13

legs 35:16 59:1
60:17,19 61:16
72:8

letting 22:19

level 22:11 29:17

lifted 58:17

listening 43:15
46:21,22 47:15

literature 8:3

lived 5:5

living 10:13 39:2
40:5

lock 51:6

locking 15:21

London-spicer
6:21

long 7:8 11:18
12:25 20:19 22:25
30:2 53:3 69:1
71:8

longer 52:24

longer-term 12:8

looked 35:10
59:24

Lorentz 24:1

loss 64:1 69:18

lot 12:3,4 13:7
24:22 30:22

loud 14:15 47:11

loveseat 36:22
38:9

loveseat/couch
50:24

lower 51:5 55:9

M

made 22:21 24:10
46:24 47:17 48:17
50:8,12,16

main 17:9

maintenance
20:16

majority 13:1

make 17:21 21:12
26:8 29:19,21
37:10 40:10 41:9
43:23 44:16 58:21
62:14,25 63:23

makes 13:11 33:3
54:21

making 22:20
27:21

man 5:9 7:1 32:5
66:17

management
20:22 49:7

mark 26:23

marked 27:9 69:12

martial 68:13,16

Mary's 8:10

mass 65:23

medical 31:16,21
32:21 64:6,10

memory 13:12
46:12 52:13
64:20,22 65:10

mentioned 31:16

40:17 61:20

metal 39:24

middle 59:8

Mike 23:22

millimeter 18:2,
13,14,21

Millner 70:1

mine 58:5

Minimal 22:15

Minnesota 4:4
5:14

minus 21:15

minutes 11:25
41:7 63:21

missed 15:18
51:16 58:22 59:13

moment 72:14

months 9:6 10:15,
19,20 31:17 32:4
35:6

motion 60:11
61:17 62:15

motions 51:19

motor 21:4

move 5:14 30:8
35:24,25 67:11

moved 5:20 34:22
35:1 39:1,13

movement 65:19

moves 29:15

moving 26:21
65:16

multijurisdictional
26:9

multiple 61:1 67:8

murder 26:4

Murdock 6:8

N

narcotics 24:23
26:5

narrative 53:3

nearby 6:5

necessarily 35:19

needed 64:7

nervous 17:21

neuromuscular
15:20 16:3 51:16

nice 25:11

nine-ish 9:5

nonambulatory
73:4

normal 8:3 25:2
32:12

north 36:1

notes 17:19

NOTICE 4:6

November 11:3

Number 27:9
69:12

numbered 27:13

numerical 66:25

O

oath 4:11

observing 43:6,8

occurred 31:17
45:24

occurring 46:20

offender 25:18,20
26:2



**offer** 22:22

**office** 16:20 26:16

**officer** 4:1,8,15 11:4,6 12:11 16:24 19:6 21:14, 19 22:1,16 29:12 31:14 33:5 37:20 42:14,15 47:23 48:4 50:14 51:9 54:12 55:2,3 56:2, 9,15,18 70:4 71:24 72:7,25 73:4

**officers** 12:1 21:8 23:25 32:12,25 34:8,14,23 48:10 49:3,12 50:11 52:1 64:7 68:13 72:25

**offices** 4:3

**onboard** 11:14

**open** 25:7

**opinion** 15:9 18:6

**opportunities** 10:17

**opposite** 39:19

**order** 37:21 66:25

**ordered** 64:8

**ordering** 64:6

**orientation** 11:11 12:13 13:23 14:1, 4 20:15

**original** 32:4

**originally** 63:17

**Ouch** 9:18

**ourself** 12:7

**outcome** 48:17

**outreach** 24:25 25:6

**overlapped** 8:15

**override** 48:3

---

**P**

**p.m.** 4:6 73:18

**pages** 27:12

**Paintballing** 9:17

**paragraph** 29:7

**park** 26:17 33:11, 25

**parked** 33:24 34:2 35:25

**parking** 30:22

**part** 16:7 17:7 21:9 26:20 27:15 30:11 43:19 44:7 68:8

**partner** 14:16

**partners** 5:9

**partners'** 29:20

**pass** 19:17

**pass/fail** 19:4

**past** 31:6

**pat** 38:22,23 39:6, 8,9

**patrol** 19:6,18 21:17 25:12 29:12,17

**pattern** 24:5 52:23

**patterned** 24:2

**Paul** 4:18

**pay** 10:17 68:23

**PEDERSON** 14:10 16:25

**pedestrian** 5:3

**people** 10:13 22:3 26:12 32:18,23

**35:6 37:12 64:1, 24 67:8**

**perfectly** 66:20

**performance** 24:17

**period** 11:8 20:12 27:25 28:1,3,8,17 65:20

**peripheral** 62:4

**perpendicular** 36:18,19

**person** 14:10 15:21 22:4 23:15 32:11,17,22 66:22

**personally** 68:15

**personnel** 17:6 70:15

**persons** 14:7,12, 13

**phase** 20:8,11,13 21:9,11,12,15 22:5,6,8,9,13,14 23:14,15,18

**phased** 20:5

**phases** 20:6,7,10 22:24 23:2

**physical** 72:24

**pick** 43:20

**pieces** 24:7 40:14 42:25

**pin** 57:16

**placeholder** 27:6 72:1

**places** 9:12

**plan** 47:5 48:13 64:9

**planning** 67:5 73:8

**PM** 23:6

**point** 16:10 22:4 40:1 44:15 46:25 47:4 48:10 50:9, 22 51:4,22 54:25 55:18,21 56:1,16 57:20 58:21 61:8 63:2,9 65:25 72:17

**poises** 72:23

**police** 8:12,23 9:4 10:3 12:19 32:19, 23,25 68:18

**policies** 14:6,13 21:6

**policy** 12:17 14:15 71:11

**portion** 51:15 53:2 56:5,6 62:20

**position** 55:16 72:19

**possibility** 44:18

**practice** 69:5

**prefer** 4:15

**prepared** 43:17

**preparing** 61:3

**pretty** 6:10 19:22 22:14 24:8 32:12 33:1 40:10 43:11

**previously** 35:5

**primary** 50:14

**prior** 31:15,18 32:4 35:6

**proactive** 24:22

**probes** 51:12

**problems** 25:3

**process** 11:22 60:1 61:6,23 68:9 73:9



procured 41:12

professional 15:9

program 7:20 8:21
23:13

progressive 26:1

protocol 33:16
39:3

provided 27:14

proximity 73:3

psychologists
49:11

pulled 31:15

purpose 49:14

pursuant 4:6

pursuit 71:15

push 58:19 61:12

pushed 51:9 58:18
63:4

pushes 60:3,4

put 50:13

**Q**

qualification 16:7
18:25 19:5,13,18

qualified 18:24

quantity 69:21

question 25:8
34:13 64:14

questioning 67:24

questions 71:22
73:12

quickly 29:15
32:19

quiet 10:12 40:9

**R**

radar 8:25

radio 31:15

Radioed 64:6

ran 50:22

random 22:5

range 15:22 16:4

rapid 63:25 64:1

Raw 20:22

reach 72:21

reaction 27:24

read 12:17 13:5
14:15 17:6 19:5
27:23 29:8,23
73:16

reading 8:5 14:21
24:17 64:20

reads 28:16

reason 39:4 67:4

recall 8:5 11:17
14:14,21,25 15:4
18:24 19:15 26:13
30:8,9,12,17
34:20 35:3 36:25
40:15 41:1,2 42:3,
15,17 45:21 46:1,
9,13,20 52:15
61:7 65:3,6,9,14,
16,22 66:18,21
67:17,20 68:8,12,
20,23 69:3,15,17
71:10,13,16

receive 51:6

recess 50:3 66:10

recollection
30:19,20

record 20:22 50:2
66:8,13 73:19

records 30:7

red 51:18 52:22
59:1

redo 19:22

referring 44:9
56:23

relationship 32:7

relayed 67:21

relaying 67:17
68:1,5

released 24:16

relief 25:2,12

remained 67:14

remember 9:24
11:19 12:24 13:3,
10,17,21 14:5,6,9,
18,20,23 18:3,4
19:8 22:2 23:18,
25 26:15 30:2,25
31:5,18,25 33:6,8
34:24 37:21 39:7
41:3 42:20 43:4
45:10 46:21,22
49:19 54:5,9,14
55:10,13 61:2,6
64:17,18,23 66:19
67:22,23 68:1,3,5,
7,14 69:21 70:8,
23 71:2,7

remembered 32:3

remembering
13:6,9

remove 41:25
47:1,18

removed 43:12

rendering 64:10

report 8:2 20:17,
22 70:15

reporter 27:10
69:13

reporting 27:25
28:1,2,8,16

reports 29:9 64:21

reprimands 71:10

reputation 27:18

requested 69:4

requesting 68:20

required 13:24
49:17

requirements 8:4

reservation 10:3
11:7

reserve 26:25

resolve 48:12,14

respond 21:2,3,4
32:13

responding 8:23
33:4

response 20:16,
18 25:3 40:23
42:11 68:4

rest 28:19 71:18

restaurant 40:19

result 53:19,20,22

Reuvers 4:3

reviews 24:18

revocation 70:10

ribcage 51:6

Ridgewater 7:5,6,
9

RMS 11:20 20:17,
21

road 35:22 36:19

roadblock 48:15

room 39:2,14 40:5
53:4



**rooms** 12:7

**rotated** 58:24

**roughly** 9:11

**round** 62:3

**roundtable** 25:8

**route** 31:10

**rules** 13:3

**run** 36:17 58:19

**running** 8:24 16:2

**runs** 60:5

**rural** 6:10

**rushing** 30:1

**S**

**safe** 13:15 21:7 22:11 44:21

**safer** 18:12,14

**safety** 12:11 22:17

**scale** 26:1

**scenario** 48:5 67:11

**scenario-based** 20:19

**scene** 32:24 33:1, 8 47:25 48:4 50:12 64:7

**school** 5:16,22 6:20 7:2 8:19

**score** 19:2,4 23:11

**scored** 19:18

**scream** 47:13 61:22

**screamed** 51:24

**screen** 36:8

**search** 38:22 39:8, 9

**searched** 38:23 39:6

**seat** 39:2

**self-initiated** 29:13

**senior** 48:4

**sense** 29:21 33:3 54:22

**separate** 69:20

**September** 4:2

**sequence** 65:17

**Sergeant** 28:3,9, 17

**series** 59:3 60:13

**service** 8:24 10:14 20:16 25:2 31:16

**setting** 21:16,17

**setup** 20:14,17

**severing** 5:10

**Sheriff's** 16:20 26:16

**shift** 30:12

**shooting** 8:24 65:16,25 69:4

**Shop** 25:7

**short** 64:3

**shorts** 38:23 59:9

**shots** 65:6

**shoulder** 59:25

**side** 39:14 55:17, 19

**sidewalk** 35:20

**sidewalks** 35:21

**sight** 65:14 66:2

**sign** 70:22 71:14 73:16

**Similar** 39:18

**simply** 11:7

**single** 22:1 23:1

**Sioux** 9:4,9,23 10:1,6,19,23 11:15

**sir** 70:2

**sit** 38:24

**sitting** 30:22 36:10,13 38:8 54:20 55:11,15 63:16

**situations** 64:24

**size** 18:18,19

**skills** 7:20,21 8:21

**slash** 61:25 62:13 63:5

**slashed** 59:24

**slashing** 61:17 62:15

**slightly** 18:16

**slow** 29:18

**small** 36:22

**smaller** 52:21

**solo** 11:24 30:15, 16

**sort** 17:2 21:9 23:14 24:2 55:15

**sound** 57:5

**sounds** 66:20

**south** 4:4 33:13

**speaking** 43:21

**specialty** 17:8

**specifically** 18:4 41:4 43:4 46:16 67:22

**specifics** 37:1

**speculate** 48:25

**speed** 71:16

**spend** 44:21

**spending** 43:14

**spine** 5:10

**split** 21:18 24:24

**splitting** 42:22

**spoke** 44:25

**spot** 21:25

**squad** 5:3 20:14, 16 21:16 34:12

**St** 8:10

**stab** 60:17,19 63:24,25 64:5

**stabbed** 32:6 33:10 35:7 59:11 64:2

**stabbing** 51:19

**stand** 39:25

**standard** 33:2 39:3 43:11

**standing** 55:11 67:1

**staring** 62:4

**start** 5:12 11:1 64:10

**started** 11:4 45:8 59:2 63:6 64:6 72:10

**starting** 50:23

**state** 48:6

**statement** 66:19

**statements** 66:16

**stationary** 16:2

**statute** 48:6



**steak** 52:21

**step** 34:16 36:6
41:20 53:1

**stepped** 51:1 53:4
55:7,14,23 56:2

**Steve** 16:25 24:1

**stood** 38:5 40:6

**stop** 16:16 70:7
71:14

**stopped** 33:11
39:1

**stopping** 71:14

**stops** 11:21

**stowed** 41:19

**straight** 43:24

**street** 24:19 26:3
34:15

**Stress** 49:7

**stronger** 72:20

**student** 68:16

**studies** 8:4

**stuff** 8:25 11:23
12:12,16,20 17:20
20:14 24:24 43:4

**stun** 51:11 60:8

**subjective** 27:20

**suicidal** 32:11,17,
18

**super** 40:9

**supervised** 28:3,
9,17,19

**supervisor** 64:8
71:7

**support** 32:9

**suppose** 11:13

**supposed** 22:21

**sustained** 70:5,11

**swing** 59:6,12
60:23,25 61:2,4
72:18

**swings** 61:1

**switch** 18:6

**switched** 18:2

**sworn** 4:10 11:4,6

**swung** 61:5 72:7

**system** 20:17,21

**systems** 11:20
20:23

---

### T

---

**tackle** 62:24

**tackles** 60:7

**tactics** 8:23 12:22
13:18,20,22
20:18,24 21:7
68:17

**takes** 21:23 33:16
60:11

**taking** 15:15

**talk** 13:16 20:24
25:9 34:25 41:10
44:12 46:23 66:16

**talked** 38:12 41:21
46:9 49:1,2,9,13
64:13

**talking** 36:10,12
37:2,5 40:9 42:13
44:8,24 45:5,7,14,
24 65:10 67:12,13

**talks** 37:8 66:17

**tall** 58:8

**taller** 62:19

**Tased** 5:9

**Taser** 15:23 51:3,
4,13,23 55:8
56:22 57:2,5,7,9,
10 58:15,21

**Tasers** 15:1,2

**Tasing** 57:13

**task** 25:17,18,20
26:2,8

**Teaching** 6:18

**Tech** 7:5,18,19 9:1

**technically** 20:6
62:22

**telling** 42:6 44:2

**ten** 11:16 30:3
41:6

**ten-minute** 66:5

**Tennessen** 70:24

**term** 40:4 47:12
49:5 70:25

**terms** 17:7 29:13

**tested** 10:21

**testified** 4:11 72:6

**testify** 72:10

**testimony** 53:2

**text** 28:7,10,21

**theft** 21:3 23:7

**thefts** 21:4

**thing** 13:16,18
20:5 26:7

**things** 6:14,18
12:8 21:16 23:7,8
30:1 35:18 39:23

**thought** 36:7,8
52:9 59:9

**threat** 72:24

**threatened** 31:1
40:21

**three-letter** 19:9

**threw** 51:9 59:19

**thrown** 53:7,14
56:17

**ticket** 70:10

**time** 7:15 10:14
11:18 12:25
14:17,21 15:7
16:12 17:4,23
20:11,20 22:1,20,
25 25:25 26:15
29:8,9 30:2,5
32:3,10 43:14
44:22 45:8,13
46:18 48:5,22
52:10,11 53:12,21
56:12 57:7,13
58:4,6,11,23 61:5
62:16,25 64:4
65:8,19 66:9 67:8,
17,25 69:1 70:21
71:8 73:4,7

**timeframe** 45:11
59:14

**timeline** 43:20
44:24

**times** 15:12,13
29:14 42:25 45:3,
7,9,10,19 46:8,11,
14 51:24 63:14

**times...i** 29:19

**tipped** 54:18,21
56:4,20

**told** 46:2,15 67:23

**ton** 25:7

**top** 28:1,7,16
29:13 50:24 51:2
60:2

**total** 33:22

**tour** 12:18

**town** 6:3



towns 6:5

tracked 23:12

traffic 11:21 70:7

trafficking 24:23 25:4

trained 22:3 68:17

trainee 23:4

training 11:9,12, 14 14:24,25 20:19 21:14,19 22:16 23:12 68:21 69:4

transferred 25:23

transition 11:9 17:25 24:13

transitional 11:7

transitioned 51:22

transpired 50:4 66:11

tribe 10:5

Tuesday 23:6

tunnel 64:25 65:4

turned 36:9 38:14 51:3 55:7,17,18 58:24 63:14

Turner 4:1,8,15

Turner's 71:24

turning 55:20

turns 60:11

TV 36:8 63:16

two-year 8:16

type 11:22 12:16 22:17 24:24 25:8 26:6 41:25 44:16 47:13 48:5 53:22 63:10 69:25

types 21:7

**U**

Uh-hum 6:25 13:4 17:14 19:7 23:24 24:1,20 26:22 29:22,24 37:6 44:13 46:19 70:3 71:1

uncommon 23:23

unconscious 64:3

understand 23:14 59:18

unit 24:22

unprofessional 70:4

unsubstantiated 71:3

upper 9:4,8,23 10:1,6,19,23 11:15 51:5

upset 40:18 59:7 70:9

**V**

variety 6:14

vehicle 21:4

verbal 39:12

version 18:17 26:3

versus 5:3

video 13:7,8,9,13 71:25 72:1

videotape 26:25

videotapes 27:6

violation 71:11,13

violence 25:5

violent 25:18,20 26:1 32:19

vision 62:4 64:25 65:4

visits 45:22

volunteered 49:18

Vu 37:20,24 38:6, 7,16,19,22 39:1 40:7,13,16,22 43:6,10 45:23 46:4 51:9 53:5,7 54:12 55:2,3,8 56:2,9,18 57:16, 18,21,22 58:4,17, 20,25 59:11,19, 22,24 60:2,4,6,11, 18,19,20 61:15, 21,25 62:6,7,12, 15,21,23 63:5,11, 23 64:4 67:12,18, 24 68:6 72:7,25 73:4

Vu's 51:20 59:6 62:1,2,3,10 63:2,8 72:18

**W**

waiting 34:14

walk 35:15,22

walked 35:14 38:14 41:7

wall 39:21

Walmart 21:3 23:7

wanted 41:22 48:12 66:15

warning 70:24

watch 30:14

watched 13:8 58:16 59:6 60:22

wavering 41:22

ways 15:1

weapon 48:9 51:25 65:9

week 11:11 13:22 14:3,24

weekly 12:13

weight 58:5,10 61:13

west 5:24 6:1 7:23

whatsoever 30:19

whereabouts 73:6

Willmar 7:7

window 36:8,15, 16 39:16,18

word 14:9 41:2 42:21

work 11:1 16:14, 19,23 21:21 24:3, 5 25:19 26:11 73:14

worked 10:18 15:24 16:1

working 16:16 30:12

worlds 25:1

worth 11:16

wound 67:8

wounds 63:24,25 64:5

wrap 71:20

wrapped 58:25 60:16,18 62:23

writing 8:2 20:18, 22

wrong 43:25

wrongful 5:1,4,7



**X**

**X26** 15:5,9

**Y**

**year** 6:22 8:13 9:4,
8,9,11 14:1 18:3,5
19:24 68:12

**yearly** 13:24

**years** 7:10 8:15
9:25 14:18 30:3
49:5 71:9

**yell** 60:23

**yelled** 59:15 72:9

**yelling** 61:19

**yesterday** 13:8,10

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS