UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amity Dimock, Trustee for the Heirs    Court File No. 22-cv-02124 (DWF/DLM)
and Next of Kin of Kobe Dimock-Heisler,

       Plaintiff,

v.

City of Brooklyn Center, et. al.,

       Defendants.

**DECLARATION OF AARON BOSTROM**
_____

Exhibit 19: Transcript of Cody Turner's BCA interview

MINNESOTA DEPARTMENT OF PUBLIC SAFETY

# BUREAU OF CRIMINAL APPREHENSION

TRANSCRIPT

| INTERVIEW DATE: | September 1, 2019 | BCA CASE #: | 2019-726 |
|---|---|---|---|
| OFFENSE: | OIS – Brooklyn Center | EXHIBIT #: | |
| INTERVIEW OF: | Officer Cody Turner (CT) | INTERVIEWED BY: | SA Michelle Frascone (MF) |
| | Attorney Earl Gray (EG) | | ASAIC Mike Phill (MP) |
| REVIEWED BY: | SA Michelle Frascone | | |

MF   There we go. Today is September 1st, 2019 at approximately 1:58 PM. This interview is in regards to BCA case number 2019-726. Present for the interview is myself Special Agent Michelle Frascone as well as Assistant Special Agent in Charge Mike Phill. Also present for the interview is Brooklyn Center Police Officer Cody, C-O-D-Y last name Turner, T-U-R-N-E-R is that correct?

CT   Correct.

MF   And for purposes of this report Officer Turner's address is ▬▬▬▬▬▬▬▬▬▬ Minnesota 55430. Also for purposes of this report Officer Turner's phone number is ▬▬▬▬▬▬ Is that correct?

CT   Yes.

MF   Also present for the interview is Officer Turn um Turner's attorney, Earl Gray.

EG   Yes.

MF   Correct. Officer Turner can you tell me about the training that you've had?

CT   I attended SKILLS at Alexandria Technical College in 2007. Uh and then after that I uh was POST certified eligible after taking the POST exam and began applying for agencies and was hired by the Upper Sioux uh Police Department in 2000 um roughly April of 2009. And then I worked with them for approximately 6 to 8 months before I was hired by the City of Brooklyn Center in November of 2009. And then since I have uh been employed with the City of Brooklyn Center I have attended a large quantity of training related to DWI enforcement and narcotics recognition as well as tactical uh training. I'm currently on our SWAT team. I've been on our SWAT team for about 5 years. Um I'm a field training officer. So I go through the process of training brand new police officers that come in when they're, when they're rookies. Uh I'm also our department armorer and do all the repairs for all of our firearms. And I'm also a…

(phone ringing)

CT   (clears throat) uh use of force instructor for the department. And uh have done that for approximately 3 or 4 years uh specifically related to firearms.

MF   Specifically regarding um your firearms training. Do you remember the last time you qualified?

CT   My qualification would have been I believe early summer if I remember correctly.

MF   And um with your experience on the SWAT team do you also qualify with them or is that all included in your…

| | |
|---|---|
| CT | It's all included however our standards for patrol are seventy percent accuracy. For the SWAT team it's ninety percent. |
| MF | And you um qualified with both those percentages… |
| CT | Yes. |
| MF | …this year?  And then just quickly over your education again you said that you went to SKILLS in um Alexandria? |
| CT | Correct. |
| MF | In 2007. Do you have any other education? |
| CT | I took the academic portion of uh my initial two years at Ridgewater College in Willmar.  And then uh they contracted with Alexandria for the SKILLS program. After I completed that I got hired by the City of Brooklyn Center and then uh back in 2016 I began attending St Mary's and went through uh their four year degree from 16 to 17. |
| MF | Perfect.  Um Officer Turner can you describe for me your uniform as you were wearing it yesterday. Which would have been August 31st. |
| CT | The uniform would have been a navy blue cargo pants. Uh with black boots. And I would have had a navy blue uh short sleeve shirt with our police patches on both sides on both shoulders. And then I, I choose to wear, excuse me a external it's called an external vest carrier that has the armor plates inside a vest carrier that can be taken on and off easier for like cool down periods.  On that external vest carrier are pockets that are sewn into it to carry like my digital recorder. Uh my notepad. Pen, handcuff key. I have a badge that's attached to it. I have my name tag with the years of service on it. Um and then attached to the middle of my uh my armor carrier is my uh body worn camera carrier. As far as my belt goes I have an inner belt carrier that goes through the belt loops on my cargo pants. On the outside of that is my regular uh belt that has starting from my right side I have my firearm which is a Glock 17. Behind that is my expandable baton. (clears throat) and then going back around the back of my back I have a small pouch in the center of my spine that holds latex gloves. And then as you come around the left side on my left side I have my flashlight first. And then after the flashlight is my radio. And then after the radio is my taser in a, uh it's own specific holster. Then after my taser is uh my magazine with my two backup or I'm sorry my magazine holder with my two backup magazines for my firearm. And then in the middle of my chest about straight down from my bellybutton is my uh chemical irritant holder. |
| MF | And we had an opportunity to photograph you yesterday? |
| CT | Yes. |
| MF | Correct? And that's a true representation of what your uniform typically looks like? |
| CT | Yes. |
| MF | Okay. Can you describe for me your vehicle you were driving yesterday? |
| CT | I was uh driving a marked squad car. Uh number 323 on the side of it. It's a black and white. It's got a black hood and black rear in the both driver and passenger door on both sides are white. And then it says Police, City of Brooklyn Center underneath it. |
| MF | And are there any firearms associated with that vehicle? |
| CT | There is yes. |
| MF | Can you tell me about that? |
| CT | On the interior of the squad there is a in the near the console up against the rear cage there is a rifle that's uh in like a locked device. In the center console in the, inside the car. |
| MF | Are there any recording devices associated with the vehicle? |

CT    There is.

MF    Can you tell me about that?

CT    There is an onboard Panasonic uh camcorder that faces forward to the back of the squad car as well as a camera in the um caged area in the backseat.

MF    Do you operate the vehicle um on your own or do you typically have a partner?

CT    I'm on my own.

MF    And what's your typical shifts that you work?

CT    I work uh we work a 3-2, 2-3 shift here. I work what's called an early power. So I work from 8:00 AM until 8:00 PM.

MF    And was that your scheduled shift yesterday as well?

CT    It was.

MF    Officer Turner it's my understanding that um you were involved in an incident in the City of Brooklyn Center yesterday. Um can you tell me about that?

CT    So I was in the southeast portion of our city. Um doing routine patrol and I had heard a call come out for a domestic involving a hammer and a knife. And being as it was a domestic involving a hammer and a knife even though that area of responsibility was not mine for that particular day I decided to go to that one just to make sure that everybody was gonna be safe and have more officers present than the normal response which would be two. So I made my way towards that address. It was 5918 Halifax. And as I was, as I was about maybe five or six blocks away uh I heard Officer Akers get on the radio and say it looks like there was a stabbing here uh earlier this year. And so I, on our, on our computer software you can actually look up prior calls for service for that specific address.

MF    Um-hm

CT    I hit the priors and I saw that there was a stabbing back in March. And I can actually read a very-very-very brief synopsis of some of the notes. And so I pulled it up and looked and saw that I was on that call back in March and it jogged my memory remembering that I had been out to that home when this individual had stabbed himself in the stomach. And so knowing that and knowing that we now have a domestic with a knife my brain is thinking okay he's going down that same road he was going down before where he's, he hurt himself pretty badly last time and I know he's had a history of hurting his grandfather. And so when I arrived on scene with Officer Akers, we were the first ones to arrive. As I got out of my squad car and walked up behind him I said I was here for that stabbing last time and he stabbed himself pretty good in his stomach. It was a pretty brutal stab wound. And so I was already getting into this mindset that he was probably going to be, you could just tell that judging by how the call had come out with the, with the threatening of the grandfather with the knife and the hammer that he was escalating again. And so…

MF    Did you receive that information from dispatch who the caller was?

CT    Yes. It said…

MF    Okay.

CT    …uh it said grandfather was being threatened by grandson with a knife and a hammer.

MF    Okay.

CT    And so after we started walking up towards the house I figured it would be safer to cut into the, there was a house uh specifically to the south of it. I cut across their lawn to kinda come up at a, an a different angle on the house in case he was standing outside or in the window so he wouldn't be able to see us walking up as easily. And when we walked up next to the

|    |    |
|----|----|
|    | house Officer Akers made contact with the grandfather who came outside and greeted us on the front step. As I was looking through, there was like a bunch of shrubs, as I was looking through the window I saw somebody's face and it was moving like it was talking with the window was open I couldn't hear anything so I thought it was a TV at first. And then as we were standing there and I'm listening to Officer Akers talk to the grandfather I looked back over at the window and I see that it's him and he's actually staring right out the window at us. So as, as Officer Akers is asking the grandfather if we can please go inside the home cuz we wanted to make sure that everybody was okay I mentioned to Officer Holt and Officer Vu who are there with us and Officer Frye that he was sitting in the seat and I can, I was pointing at him when I was walking inside the house. So (clears throat) Officer Akers walks up the steps um behind the grandfather. The grandfather enters into the home. Officer Akers kinda walks in there and kinda stalls in the doorway a little bit. And as we're standing on the steps I can hear Akers speaking to somebody kind of around the corner. But I'm blocked cuz I'm at the bottom of the stairs. Officer Holt, Officer Vu and Officer Akers were all kinda blocking me. I'm the fourth one in line kinda waiting at the back. Officer Holt then kinda sneaks behind Officer Akers to get inside the house. So we can get through cuz we're not, we don't want to stand in the doorway too long. So Officer Holt goes around Officer Akers. Officer Vu follows him into the home. And I kinda step up in halfway into the doorway where I'm standing behind Officer Akers. And I can see them talking to this gentleman uh the grandson on the couch. And Officer uh looks like Officer Vu has him stand up to start searching him. And Officer Akers motions for the grandfather to please can you come outside and speak to me. So he has him come outside to get him away so that whatever he's saying to uh Officer Akers doesn't get his grandson fired up. Cuz a lotta times we have conflict when we're trying to settle an argument between somebody or some type of issue with somebody and they hear each other talking and make it, it gets 'em jacked up again. So we separate them. At this point Officer Vu and Officer Holt have conducted their search and they have placed him uh their weapons search and they've placed him over in a chair. Over by the TV in the living room. Officer Akers is in the driveway talking to the grandfather. I'm standing kind of in the entryway or the front door of the house so I can watch Officer Akers and so I can watch Officer Holt and Officer Vu as they're speaking with the grandson. And I kind of loiter there for a little while as I'm listening to, trying to listen to conversations for both of 'em so we can make a decision about what we're going to do. |
| MF | Do you recall anybody else being in the home? |
| CT | Uh yes the grandmother was there as well. She was sitting in the living room on the couch. Across, the opposite side of the room from where the grand-son was sitting when he was sitting next to the TV. |
| MF | So when you walked into the residence there's a couch right as you walk in? |
| CT | Yeah there's a couch directly when you walk in that almost creates like a hallway walking towards the kitchen. |
| MF | And then there's one on the wall? |
| CT | And then there's a larger couch up against the wall. |
| MF | Okay. |
| CT | And then a couple a chairs up against the opposite wall by like a picture window and then the TV is on the far end of the living room. She was sitting kind of on a longer couch behind a coffee table. And just was sitting there silently watching and listening to everything. And so as I'm standing there talking to them, I'm listening to them interview uh the grandson about what had happened. And I'm kinda trying to listen between them and listen to Officer Akers speak with the grandfather to see if the, if the information that is being given to us matches up. Kind of being the liaison between the two of 'em and passing information back and forth. And as I'm standing there talking to them I hear them mention something about the knife |

and that he had used it to cut himself on his chest today. And so I can't remember who it was but somebody mentioned something about the knife and the grandmother said oh I have the knife right here. And so I walk over to her and she opens up this plastic grocery bag and pulls out this orange knife. It was probably about a foot long and it had like a protective cover on it. And so I slid the cover off and you could see there was blood on the end of the knife blade. Like a serrated knife. Like an it was all solid orange and it had like blood, pretty decent amount of blood on the end of it.  And so I put the, sheath back on the knife and kept the knife cuz I figured this is gonna be now part I'm assuming this is probably at this point this is probably the knife that he used to threaten his grandfather. And so I'm keeping the knife on me so that we can keep it for evidence and obviously I don't want him to have access to it now that grandma has revealed her hiding spot for it. So I keep the knife with me. I walk outside and I kinda hold the knife out the door to show Akers. And then asked the grandfather is this the knife that he threatened you with. And the grandfather kinda looks at it and kinda gives like a, really light head nod acknowledging it and then goes back to his conversation with Officer Aker.  And so I'm holding onto the knife. And we're trying to figure out what we're gonna do. And so they're talking to the grandson and they're giving him, they're, they're interviewing him trying to figure out what had transpired between him and his grandfather. And I heard him mentioning that he had used the knife and threatened his grandfather with it. And that he had been asked well what were you planning on doing with that knife. And he said well I was gonna hurt him if he didn't apologize. And so (clears throat) after that point I walked back outside. And was listening to Officer Akers speak with the grandfather. And I interrupted him and I said sir I've been, I was out here at this home back in March when your grandson stabbed himself in the stomach. And he said that he wasn't there that they were on vacation that it was his son-in-law or his son that was here. And I said I understood that but I said he was violent towards himself. He's been violent towards you in the past. I said the writing is on the wall. We have to do something tonight.  Like my partner has already explained to you we have to do something to try and keep you guys safe or he's gonna end up killing you. And so I tried explaining this to him because I could see that the grandfather was concerned about us arresting his grandson. He was almost going back and forth about whether or not he should have even called. And so at that point as Officer Akers is there speaking with him, I'm making the decision in my head that regardless we have to, we're gonna probably end up having to arrest him and take him to jail for tonight to at least try and keep him and separate him from his grandparents. Cuz you can tell by how he's talking inside the home that he's very upset with his grandparents for whatever reason. I never heard the reason. But he just said the he had threatened him with the knife and that was it. So after I had that conversation I went back inside the house. Now they were onto the hammer portion of it.  Um the grandma said well I have the hammer too. So I walked back over to the same spot. She opened up the exact same bag and she pulls out like a black handled, black and red hammer. So I took the hammer. Kept it with the knife. I walked back outside. And I placed and there's like a little brick flower bed thing outside the front door of the house. I kind of placed those down in the brick flower bed area down there so they would at least be out of the house away from him.

MF  Um-hm.

CT  Um and then we wouldn't lose them cuz the house is a little cluttery.  So that we wouldn't lose the, lose them for evidence for the arrest that we were probably gonna end up having to make. And so um I stood by a little while longer listening to them speaking to the grandson in the living room.  And I walked back outside to talk to Officer Akers and the grandfather again or at least listen in on their conversation. And as we were standing there listening to them um within a few minutes of me standing outside I instantly hear a struggle inside the house. And I could hear somebody yelling something like no-no-no. And I can hear really fast movement. So I bolt up the stairs and I opened up the door to the front house cuz the little screen door had closed on me. I opened up the screen door and by that time as soon

CT  as I entered into the house the grandson was at a dead sprint and he was just jumping over the top of the couch. And the couch was in the process of tipping.

MP  Um-hm.

CT  And so I ran past the couch so I wouldn't get pinned by the couch coming down. Cuz the couch was falling into like the hallway area. And as the couch fell into the hallway area I heard the first pop of the first taser. And when the first pop of the first taser went off typically when someone is tased you see a reaction from them. There was absolutely no reaction whatsoever. So I drew my taser. And I had a (clears throat) open area of his uh upper back and shoulder. That I could see as he was laying kind of on his side on the couch uh trying to get back up. And so I deployed my taser into his back. Up in near his upper shoulder. Absolutely no reaction. And so…

MP  Did both prongs go in?

CT  I did not see both prongs go in. But I was probably four or five feet away.

MP  Okay.

CT  Um and it, there was, there was nothing he didn't respond to that whatsoever. I then heard a third taser deployment go off. Which sounded like it came from the, the entryway of the door. And there was almost no discernable action from him whatsoever at that point. So after the third taser went off he pushed himself back up off of the couch. Even though Officer Vu was now on top of him trying to hold him down.  He pushed himself back up off of the couch. Was able to stand all the way up and started taking off running down the hallway. Well then I started trying to catch up to him and used the, so the, the end of the taser cartridge there are two metal probes that stick out past the cartridge that allow you to do what's called a drive stun. Since I only had one cartridge on me I thought my only chance to be able to try and disable him or at least get him to trip so we can get him into custody is to try and drive stun him and make him fall. Well I didn't get to him and couldn't reach him. But he ended up falling anyways whether it was from him being tackled or he tripped on something I'm not sure. But as I ran by as I was running after him and he fell to the ground I actually ran past him and as I was passing him getting to turn as I started turning I looked down and all of a sudden he has a red knife in his hand in his right hand. And I ran past and as I'm slowing down and turning around to turn back towards him I started yelling out knife-knife-knife. And I see him stand up and push and kinda do like a sh like a knife jab movement. And Officer Vu was like right behind him. And the first thing that…

MP  That movement was at Officer Vu?

CT

I backed into a hallway further down that kinda wraps around into the kitchen area. And got into cover at that point. And then uh started trying to make a plan for how we were going to try and get the knife away from him so we could render-render medical aid. But unfortunately uh we had a crossfire issue because I had now ran past him and we had uh shot diagonal across and I had ran past him so I was in the hallway so eventually after a few minutes we tried making a plan to bring a bunker up so we could at least walk up with the bunker in case he were to use the knife again. And instead we went around. I went around through the kitchen area and came up so I was in line with everybody else. Officer Akers, Officer Vu and Officer Holt. And at that point (clears throat) as we were standing there waiting for the bunker the, eh time was ticking and we needed to get there and, and get, get the knife away from him and get him medical aid. And so I made the decision at that point to have us move up and try and get the weapon away from him. And get him (inaudible)

MP  Still in his hand at that point?

CT   It was still in his hand. So as he was laying on the ground his head was turned to the left towards his grandmother. And the knife was inside of his hand kind of pinned underneath his head. And you could see it there pretty distinctly. And so and even I remember back when I was standing in the opposite side of the hallway um when I was uh still holding lethal cover over him I could see the knife still in his hand over there. And so cuz a couple of 'em couple of the other officers were gonna walk up to him. To try and get him into handcuffs. Which is our standard pol…

(someone coughing)

CT   If we're using force on somebody we go and arrest him. Well I stopped 'em and said the knife is still in his right hand. Well when we circled back around the knife was still there. He hadn't moved. And we needed to get to him. And so I made the decision that we needed to try and disarm him and get him in handcuffs as soon as possible so we can start rendering medical aid to him. So we disregarded waiting for the bunker cuz it wasn't on scene and it wasn't showing up anytime soon. And Officer Akers said he was going to use his baton to pull his arm away from the knife and move the knife out of his arms reach. And so myself and Officer Holt kept lethal cover on him temporarily while Officer uh Akers walked up and pulled like kinda stuck, cuz his arm was pinned underneath his head in kind of a V.

MP   Um-hm.

CT   Stuck his baton on his arm and kind of pulled it out and it, it swept the knife kind of underneath the TV stand a little bit. I told him push it away, push it away further. And so I could hear the knife clicking across the wood as he pushed it away further. And then once he got the knife far enough away we got his arms behind his back. Got handcuffs on him. And then I grabbed my latex gloves. Put 'em on and we started, I checked for a pulse on his neck. I couldn't feel anything. (clears throat) Um I then told somebody to bring a medical bag up. Officer Vu brought a medical bag up and started getting uh bandages out. And that's when more backup officers started arriving. And I was pulled out of the house at that point by Officer Potter. And they pulled Officer Akers out as well. And then we returned to our squad cars at that point.

MF   Do you recall um the subject saying anything during this whole event going on?

CT   Um I don't. I don't remember him saying anything.

MF   And had you dealt with him before?

CT   Yes.

MF   Okay.

CT   And that was um when he had stabbed himself in the stomach eh back in March of this year. I believe.

MF   Do you know the outcome of that…

CT   I don't.

MF   …incident?

CT   We sent him to the hospital for medical care. I think he went on a 72 hour hold. Uh I do not know the results past that.

MF   When we were um speaking about your uniform we failed to talk about body worn camera. So you had the carrier. You wear a body worn camera.

CT   Yeah.

MF   Um do you know if it was on and operational during this event?

CT   It was.

MF   And have you had an opportunity to view that?

CT   I have.

MF   And is that within your policy?

CT   Yes it is.

MF   And who did you view it with?

CT   My attorney.

MF   Mr. Grey?

CT   Yes.

MF   And how many times did you view it?

CT   Probably twice.

EG   The whole thing we, we went to different parts, twice.

MF   Is there anything on the video that was surprising to you or you weren't aware of?

CT   Um, nothing that I can recall no.

MP   Also and talk about your vest.  Where do you keep your handcuffs on the vest?  I didn't hear that for your belt.

CT   Oh handcuffs are on a pouch um directly in front of my gun. They are uh just over my right hip.

MP   Okay one set or two?

CT   Double.

MP   So you have a double?

CT   Yes.

MP   And I saw a black set uh at the scene. Were those yours?

CT   They were not.

MP   Okay so you didn't, someone else put the cuffs on?

CT   Correct.  I was holding, I remember when I, when we were in the process of handcuffing him I still had my firearm out.

MP   Um-hm.

CT   And so I grabbed onto it would have been his left arm and brought it behind his back to hold it.

MP   Okay.

CT   And somebody else put the handcuff on and that's when I holstered up.

MP   Okay.

CT   So those were not my handcuffs.

MP   Um you said at some point you lost the taser.  Did you ever try to look for it before you were taken out and you said you were brought out by Officer Potter?

CT   After the taser deployment had failed I knew it was, the chances of the drive stun working were minimal.

MP   Okay.

CT   And so as I was running after him to try and get it to work that was pretty much my last option to try and get him to stop. Well after I ran past him and he fell to the ground and as I was passing him and saw the red knife in his hand I, the taser left my hand. I…

MP   Alright.

CT   …I don't know if I threw it, I dropped it, I'm not sure where it went.

MP   Okay.

CT   I just it was gone and I went to my firearm.

MP   Got it. And you said you had one cartridge. You don't guys you guys haven't have the kind that has, double?

CT   We don't have backup. No.

MP   No backup so one cartridge.

CT   One cartridge only.

MP   Alright. Um you also said that you knew about a history of him hurting his grandfather. Was that in that snippet that you saw on your screen?

CT   No the history was knowing that he, he had done the stabbing in the past. The grandfather wasn't there when he stabbed himself. I believe it was his father or father-in-law that was staying there with him.

MP   Yes.

CT   But now we have him calling 911 with or his grandfather I'm sorry calling 911 saying he had threatened him with the hammer and the knife. So now I know he's done the stabbing back in March. To himself. And now he's threatened grandfather. Cuz its his grandfather calling dispatch and saying he threatened me with a hammer and knife. So now I know I have double history of not only him stabbing himself but now he's threatening grandfather. And this is before we talked to grandfather. This is what grandfather relayed to dispatch for us.

MP   Okay. Who would you say of you four officers was leading the scene? Who was the main person dealing with the adult or the male?

CT   I would say it would probably would have been Officer Vu. Um he was the primary contact with the grandson.

MP   Okay.

CT   Uh Officer Akers was speaking to the grandfather. Typically what we do in a domestic relay uh domestic assault related…

MP   Um-hm.

CT   …uh investigation is the primary officer who would be the one that would make the arrest makes contact with the victim. Gets the victim's statement from them. Where the backup officer goes and makes contact with what we would consider at that time as a suspect. Once the primary officer speaks to the victim and gets their statement from them they are the one, then they come and get a briefing from the backup officer and say hey what did uh that suspect at that time what did the suspect say.

MP   Um-hm.

CT   And then he makes a, he or she makes an arrest or their decision at that point once they've spoken to the victim and to the, to the suspect and whatever instance we're in. So for all intents and purposes Officer Akers would have been in charge of the arrest decision of the call but…

MP   Um-hm.

CT …his contact was with grandpa in the beginning.

MP Yeah.

CT Whereas Officer Vu and Officer Holt had made contact with the grandson. And I was simply there as a support, in a support role.

MP Okay. Trying to pay attention to both (inaudible)

CT Trying to pay attention to both essentially.

MP Do you recall and I know it's just four of you there at this point. Do you recall anybody letting dispatch or other cars know that you guys were okay, code 4, anything like that? Did you do that?

CT I remember, I did not, I remember Officer Vu asking for an ambulance to check for the, the cut that he had done to himself across his chest. Because…

MP Was that obvious you could all see blood?

CT I could not see anything. I hadn't gone, I hadn't even gone within probably ten feet of him at that point.

MP Okay.

CT Um but I had heard um Officer Akers and the grandfather talking about him cutting, his grandson cutting himself across the chest.

MP Um-hm.

CT And so hearing that information I relayed it to Officer Vu and Officer Holt saying I think he cut himself. I, I did this motion.

MP Okay.

CT And so they checked him and or they asked him if he had cut himself and he said yes. And then I could see him getting ready to lift up his shirt to show 'em.

MP Um-hm.

CT And then Officer uh Vu I believe asked for an ambulance to come and check his, check his wound for him.

MP Okay. So you don't know who said any of that uh to anybody else. But you do think you said shots fired?

CT I'm positive I did.

MP You did say that?

CT Yes.

MP Okay. The only other thing I wanted to get is your POST number. I forgot (inaudible)

CT 20402.

MF Just a couple more questions.

CT Sure.

MF Um after the shots were fired did you note any injuries on the subject?

CT I couldn't see anything specifically on him from where I was standing on the hallway side. I could see there was some blood coming out of his mouth. Uh after about a minute or so of me standing there. As I was trying to evaluate I also remember grandma was still within probably three feet of him at this point. So I remember yelling at Officer Akers to get her outta there. But she, it was very obvious she was not really completely ambulatory, naturally.

|    | |
|----|---|
|    | And so she was saying that she needed some type of wheelchair device or whatever. So I had to keep telling him we need to get her outta here because if he regains consciousness or whatever he still has the knife in his hand. So I remember looking at him. I could see the blood coming from like his head area. Um but I could still see the knife underneath his right hand. And I couldn't see any other wounds until I had come around uh through the kitchen area onto the like whatever you'd call the living room entryway side. |
| MF | Um-hm. |
| CT | And then I could see that he appeared that he had one gunshot wound to like his lower right back area. And that's all I could see. |
| MF | Have you talked to anybody about this incident other than your attorney? |
| CT | I have not. |
| MF | Any other of the parties that were involved? |
| CT | No. |
| MF | Last thing if you're willing um is to do a hand drawn diagram, sometimes this helps kind of explain and I will give you my pen. |
| CT | Of like the living room area? |
| MF | That would be the easiest because I know as you walk up the steps they, you kinda have that couch here and then there's the hallway… |
| CT | Sure. |
| MF | …here.  Just um to better, describe for us what you're seeing and where you are. And where you recall other people being.  And I know this is a fluid scene. There's movement. For sure. |

(pause/writing)

| MF | Is this the same team you typically work with?  Your teams stay the same. |
|----|---|
| CT | This is my shift. Yes. |
| MF | Yeah. |
| CT | Yep. |
| MF | And, and your teams stay the same, people don't rotate. |
| CT | For the most part. Uh sometimes we'll work overlaps with each other or we'll switch out shifts with each other to cover gaps cuz we're low staffed right now. Um and then, when we are in the field training process we'll have officers that typically wouldn't be with us on shift with us. So Officer Holt had to be, happened to be a field training officer and training at that time so he had Officer Vu.  Officer Vu would not normally be on our shift. He would probably once he's completed with training go to night shift. |
| MF | Got it. |

(pause/writing)

| CT | Okay.  So here's a (inaudible/movement) |
|----|---|
| MF | No. |
| CT | So here's a drawing of the living room. Here's the driveway where we come up. This would be the, the front of the house right here. Sorry I'm writing upside down. I can't even do it. |

(pause/writing)

CT  So this would be the front of the house right here. We walked up on the lawn. When I first walked up I was standing right here and I could see him sitting on the couch right here. And I could see him through the window as these officers are talking to the grandfather cuz the grandfather came out and was talking to us kind of on the front step right here.

MF  Um-hm.

CT  And so I could see him, I could see him through the window as Officer Akers and Officer Vu and Officer Holt were sitting here talking to the grandfather. And I pointed out that he was on the couch. Meanwhile I had sent Officer Frye around to the back because typically what can happen on domestic assault calls is if the suspect in an assault sees us come up if they, want to get away they'll go out the backdoor. They normally won't come out the front door towards us. So we had enough officers with us that we…

MF  So either just put a number or their names just so I can follow cuz…

CT  Uh we'll do she is, I can't write upside down.

MF  Okay.

CT  She is 21.

MF  Okay.

CT  I'm 20.  Vu is 14.  Holt is 12.  Akers is 42.

MF  Got it.  And this is grandpa?

CT  This is grandpa. Sorry the G is upside down.

MF  Okay.

CT  And then grandma, later on we found out was sitting right here. There's grandma right there. And then the ss grandson is right here.

MF  Okay.

CT  And so I see him sitting on the couch. So I tell them I can see him on the couch watching us out the window. So Akers brings in grandpa and everybody kind of into this entryway and we're kinda clogged up in this entryway for a second as Officer Akers is talking to the suspect. And at that time Officer Holt then sneaks kind of around behind Akers cuz Akers was kind of blocking the doorway. So he kinda sneaks behind him. Officer Vu follows him in. Akers comes in a little bit further and is talking to the grandson. And I, Officer Vu and Officer Holt go around the side of the couch have him stand up so they can pat search him for weapons. After they're done pat searching him for weapons they move him over to this chair over here. And he's sitting in this chair and they're standing here speaking to him. Meanwhile grandma is right behind them. I kinda stand, uh Officer Akers takes grandpa and walks him back out and they're sitting kinda leaning up against the car right here. So this is 42. Here's grandpa now.

MF  Um-hm.

CT  I'm standing kind of in this entryway wandering back and forth here between listening to their conversation and listening to Officer Akers conversation. Eventually we get to the point where grandma reveals that she has the knife hidden in a grocery bag. So I go over and the knife is sitting in a bag next to her feet right here.

MF  Okay so it's right by her?

CT  Yep it's right by here. So I grab this and this is the orange, orange looking like serrated looking ceramic knife. So I grab that one. That's when I pull the sheath on it and I can see there's blood on it.

MF  And that's eventually moved out to the front?

CT    Yep I'm, I'm holding onto it for a while so I go out to the front entrance and as I'm watching these two I show Akers the knife and then that's when I asked grandpa is this the one that he used on you and he kinda gave like a, yes it is. And so I'm like well we're keeping this knife. At least for now. So I do a little bit more of a back and forth. I'm looking inside the home to see if there's any other weapons or anything like that. They're still speaking with him. This is when I hear him talking about how he was threatening grandpa with a knife and that he would have used it on him. Same time that grandpa's telling him yeah I ran and hid in the back bedroom. Um out in the driveway. And so eventually they bring up the hammer conversation. So I go back over to grandma again. She hands me the hammer. So now I have the hammer and the knife. Then I walk outside and there's like a cement, brick flower bed thing right here. The hammer and the knife go right here. On the little flower bed. So as I'm out there, this is about the same time that I come out and I have the conversation with grandpa about how he's already stabbed himself. He's threatening to you guys. You guys obviously are scared or you wouldn't a called us. He's gonna try and hurt you. I just, I can, I just know that's gonna, what's gonna happen. And then as we're standing outside and Officer Akers is speaking to him, he's trying to tell grandpa the same thing. That we have to try and figure something out. We have to come up with a resolution to try and make sure that everybody stays safe. That's when I hear the struggle. So I come in front inside the front door and by the time I get to the front door he has made it back to the couch that he was on and the couch is tipped over and blocking about half the doorway. I jumped and landed right about here and he's now laying with his head towards that doorway and his feet up in the air and Officer Vu is like holding onto his legs as he's collapsed over the top of the couch. That's about the time as he hits the couch right here I hear the first taser deployment. From I'm not sure if it was Vu or Holt. Somebody in the living room. Um he doesn't even flinch from that. So I draw, drew my taser and I had an okay uh presentation of his shoulder and his lower back. Not a very good spread but an okay, uh area to try and affect uh have it be effective. And so I deployed it into his like arm/shoulder/back area. Nothing. And so after I had deployed mine and there was no response. That's about the time that I heard the third deployment that came from the doorway. And still no response. At that point he pushes up off the couch. Pushes Vu and Holt right with him over the top of the couch and starts sprinting towards the middle of the living room this way. As he's doing that I chase after him and try to do the drive stun. I missed him. I didn't have long enough arms I couldn't hit him in the back. And he all of a sudden trips and falls. I don't know if he was tackled or if he tripped on a rug or what caused him to lose his balance but he starts going down towards the ground. So I kind of overshoot him. And as I'm looking down and he's laying here on the ground kinda with his head over here and his body over here. And I see Holt on top of him right here. And Vu on top of him right there. As I'm ba, as I'm running by and I bypass him I get right about parallel with him and as I look down I see this red knife that I hadn't seen. It wasn't in the bag. It wasn't on the shelf. It wasn't on the, this red knife came out of the middle of nowhere. And so as I'm running by him and I'm starting to rotate back around to look to confirm what I'm seeing I realize it's a knife. And he's holding it in his right hand and I see him kind of do this upward motion and Vu is directly behind him. So my thought is he's gonna stab Bu, or I'm sorry Vu directly in the face.

MF    Um-hm.

CT    And so I had screamed knife several times. And as I screamed that I drew my firearm and he was still down on the ground and getting ready to do another, like upward motion with the knife. And I fired. And at the same time I could hear gunfire coming from somebody else. I had no idea who it came from. Um at that point then after he was on the ground I fell back kind of into this area of the, of the hallway right here. And was watching him. Meanwhile everybody else had kind of moved back. Officer Holt, Officer Vu, Officer Akers, Frye, Officer Frye came in and was now there. Um she had come back from being outside. (clears throat) And so at that point we had made the decision, he was still holding the knife and if his head was right here and his body was this way and his arm was out. Like this. The knife was kind

| | |
|---|---|
| | of like partially underneath. He was almost like laying on top of it at this point. But it was still in his hand. So his hand was… |
| MF | Was he on his belly or on his back? |
| CT | He was on kind of like his, chest area kind of facing to the left. And the knife was kind of like in his hand underneath his hand with his head kind of on the knife. Like laying on it almost. And so eventually I made the decision to come back around over to this side so I came through this kitchen opening. It's like a big loop. |
| MF | Um-hm. |
| CT | I came back around over onto this side. While we were waiting for this bunker that never arrived. So after the bunker wasn't gonna get there in time I made the decision uh at that point that we needed to disarm him to try and get him medical care. |
| MP | Um-hm. |
| CT | And so we moved in, Officer Akers used his baton to try and sweep his arm away and the knife kinda skittered underneath the like TV stand looking thing. |
| MP | Um-hm. |
| CT | Over to the side. I told him push it away further cuz it was still within, he's got the, the suspect has pretty long arms like I do so it was still within reach. So I had him push it further away. And then after he got it far, far enough away I reached down with my left hand and grabbed onto his would be his left arm. Got it behind his back and then somebody grabbed his right and then handcuffs went on. I'm not sure who handcuffed him or who grabbed his right arm. I just remember grabbing his left arm and getting it behind his back. Then that's when I put on latex gloves and was getting ready to do, I checked his pulse and was getting ready to do more medical care, ordering the medical bag up and then we were pulled from the house. |
| MF | Got it. |
| CT | Sorry there's a lotta scribbling. |
| MP | That's alright. Do you mind uh dating it and just initialing it there yourself for us. And you can write not to scale on there. |
| EG | It's not to scale? (laughs) |
| MP | He did a pretty good job (inaudible) not to scale (inaudible) |
| MF | I know. |
| EG | He did better with that one than the one I got. |
| MP | Okay. Thank you very much. |
| MF | Er-Earl do you have anything you'd like me to get on the record? |
| EG | Well just that (clears throat) I saw, I saw both videos. |
| MF | Okay. |
| EG | And uh, no not really. |
| MF | Okay.  Mike? |
| MP | I had a couple things pop into my head Officer Turner if you don't mind. |
| CT | Sure. |
| MP | Um you said that at some point it was, which officer pulled you out and told you guys… |
| CT | Officer Potter. |

MP   So Potter sent you to your squad?

CT   Yes.

MP   Did she tell you to drive to the PD alone or were you assigned a buddy (inaudible)

CT   I was assigned a buddy. It was a Maple Grove Police Officer. I'm not sure his name.

MP   Okay. So a buddy was assigned to you.

CT   Yes.

MP   And then did they drive you (inaudible)

CT   Yes they did in their, in their squad mine was left on scene.

MP   Alright. You already mentioned that you didn't talk about it to anybody else.

CT   Nope.

MP   Uh what about a safety statement. Did you give one at all to the sergeant?

CT   I was not asked.

MP   Not asked a safety statement?

CT   Um-um.

MP   Okay. Did the sergeant show up there, Sergeant Peasley show up?

CT   Yes.

MP   While you were still there?

CT   Yes.

MP   Okay but never asked you about a safety statement?

CT   No.

MP   Other thing is at any time either looking at the screen, recalling that call back in March.

CT   Um-hm.

MP   Or interacting with people there did you ever become aware, did anybody say anything to you about the subject having any mental disabilities or peculiarities?

CT   No.

EG   Except for the stab wound that he did (inaudible)

CT   Well the, the suicidal, the suicidal portion of it but we've had that from all walks of life. All, I mean…

MP   Absolutely that (inaudible)

CT   It, nothing that, nothing that would automatically indicate any type of mental health status that was consistent. So no and I only had brief contact with him when he had stabbed himself in the stomach. I was there for maybe five or ten minutes. The ambulance arrived. He was, he was transported to the hospital right away.

MP   Okay.

MF   Anything else you think we should know that we haven't asked you?

(no audible response)

MF   Earl?

EG   No.

MF    Mike?

(no audible response)

MF    Alright I'm gonna end our interview at 2:38.

RECORDING ENDS.