UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amity Dimock, Trustee for the Heirs
and Next of Kin of Kobe Dimock-Heisler,

        Plaintiff,

v.

City of Brooklyn Center, et. al.,

        Defendants.

Court File No. 22-cv-02124 (DWF/DLM)

**DECLARATION OF AARON BOSTROM**

Exhibit 22: Cody Turner's training records

**Report Criteria:** Officer: Turner, Cody

Officer Detail Report #B-6 — Brooklyn Center Police Department

# Officer Training In Descending Class Dates

\* = Has Certificate

| Officers | | ID No. | Current Division | Current Rank | Total Training Hours | | |
|---|---|---|---|---|---|---|---|
| **Turner, Cody** | | #20402 | Patrol | Officer | 960.25 | | |
| Year | Training Dates | Attended | Training No. | Type Of Training | Name Of Training | Location | Class Hours | Officer Training Hours |
| 2019 | 12/17/2019 - 12/17/2019 | Scheduled | Scheduled | POST | Interview And Interrogation | St Paul PD Richard Rowan Traini | 7.00 | 0.00 |
| | 10/9/2019 - 10/9/2019 | Scheduled | Scheduled | POST | Conflict Management Mediation Crisis Intervention | MCPA Training Facility | 8.00 | 0.00 |
| | 9/22/2019 - 9/25/2009 | Scheduled | Scheduled | POST | MTOA Conference | Camp Ripley | 32.00 | 0.00 |
| | 7/16/2019 - 7/16/2019 | 7/16/2019 | Completed | EOU | SWAT Training | Forest Lake Gun Club | 9.00 | 9.00 |
| | 6/13/2019 - 6/13/2019 | 6/13/2019 | Completed | EOU | SWAT Training - Department | BCHS | 1.00 | 1.00 |
| | 6/11/2019 - 6/18/2019 | 6/18/2019 | Completed | POST | Active Shooter - Mass Casualty Incident Response | BCPD | 8.00 | 32.00 |
| | 5/21/2019 - 5/21/2019 | 5/21/2019 | Completed | EOU | SWAT Training - Department | BCPD | 8.00 | 8.00 |
| | 5/6/2019 - 5/10/2019 | 5/7/2019 | Completed | POST | Shoot - Handgun Qualification-Rifle Skill Builder | Not Listed | 2.00 | 2.00 |
| | 4/9/2019 - 4/9/2019 | 4/9/2019 | Completed | EOU | SWAT Training | Blaine Shoothouse | 8.00 | 8.00 |
| | 3/29/2019 - 3/29/2019 | 3/29/2019 | Completed | Narcotics | Narcotics Detection Instructor | Not Listed | 8.00 | 8.00 |
| | 3/26/2019 - 3/26/2019 | 3/26/2019 | Completed | POST | Sovereign Citizens & Militia Extremists | St Paul PD Richard Rowan Traini | 8.00 | 8.00 |
| | 3/12/2019 - 3/12/2019 | 3/12/2019 | Completed | EOU | SWAT Training | Hopkins PD and BCPD | 8.00 | 8.00 |
| | 3/4/2019 - 3/6/2019 | 3/6/2019 | Completed | POST | In-Service March 2019 - Use of Force - DT | Not Listed | 2.00 | 2.00 |
| | 3/4/2019 - 3/8/2019 | 3/5/2019 | Completed | POST | In-Service March 2019 - Range | Not Listed | 1.50 | 1.50 |
| | 2/28/2019 - 3/1/2019 | 2/28/2019 | Completed | Search & Seizure | Vehicle Contraband Concealment Advanced | Lino Lakes Fire Department | 16.00 | 16.00 |
| | 1/31/2019 - 1/31/2019 | 1/31/2019 | Completed | POST | EMR Refresher | West Fire Station | 8.00 | 8.00 |
| | 1/1/2019 - 12/31/2019 | Scheduled | Scheduled | OSHA | OSHA Annual Online Review 2019 | Online | 1.00 | 0.00 |
| 2018 | 11/27/2018 - 11/29/2018 | 11/27/2018 | Completed | POST | Fall In-Service 2018 | BCPD | 8.00 | 8.00 |
| | 10/22/2018 - 12/12/2018 | 10/22/2018 | Completed | POST | Shoot - Cold Weather/Night and Defensive Tactics | Not Listed | 4.00 | 16.00 |
| | 9/30/2018 - 10/3/2018 | 9/30/2018 | Completed | POST | MTOA - MN Tactical Officers Assoc Conference | Camp Ripley | 18.00 | 18.00 |
| | 9/30/2018 - 10/2/2018 | 9/30/2018 | Completed | POST | MTOA Conference 2018 | HOPKINS PD | 18.00 | 18.00 |
| | 8/28/2018 - 8/30/2018 | 8/30/2018 | Completed | POST | In-Service Fall 2018 | Hennepin Technical College | 8.00 | 8.00 |
| | 7/18/2018 - 7/27/2018 | 7/18/2018 | Completed | POST | Regional Response to Mass Casualty/Active Threat | Wayzata Middle School | 8.00 | 8.00 |
| | 6/26/2018 - 6/26/2018 | 6/26/2018 | Completed | POST | Breacher - One Day Course | Lakes Region EMS | 8.00 | 8.00 |
| | 5/15/2018 - 5/16/2018 | 5/15/2018 | Completed | Armorer | Armorer AR15 | Hopkins Fire Department | 16.00 | 16.00 |
| | 4/30/2018 - 5/3/2018 | 4/30/2018 | Completed | POST | Shoot - Qualification | Not Listed | 2.00 | 2.00 |
| | 4/23/2018 - 4/26/2018 | 4/23/2018 | Completed | Firearms | Basic Firearms Instructor Certification | Hennepin Technical College | 40.00 | 40.00 |
| | 4/8/2018 - 4/10/2018 | 4/8/2018 | Completed | Tactial | SOTA Annual Training Conference | River's Edge Convention Center | 21.00 | 21.00 |

# Officer Training In Descending Class Dates

* = Has Certificate

| Officers | | ID No. | Current Division | Current Rank | Total Training Hours | | |
|---|---|---|---|---|---|---|---|
| **Turner, Cody** | | #20402 | Patrol | Officer | 960.25 | | |

| Year | Training Dates | Attended | Training No. | Type Of Training | Name Of Training | Location | Class Hours | Officer Training Hours |
|---|---|---|---|---|---|---|---|---|
| 2018 | 3/27/2018 - 3/30/2018 | 3/29/2018 | Completed | POST | Shoot - Skill Building Spring 2018 | Columbia Heights PD | 1.50 | 1.50 |
| | 3/26/2018 - 3/28/2018 | 3/28/2018 | Completed | POST | UOF - Defensive Tactics Spring 2018 | Brooklyn Center PD | 2.00 | 2.00 |
| | 2/12/2018 - 2/16/2018 | 2/12/2018 | Completed | POST | Basic Undercover Operations | St Paul PD | 40.00 | 40.00 |
| | 2/7/2018 - 2/7/2018 | 2/7/2018 | Completed | POST | EVOC | MHSRC | 8.00 | 8.00 |
| | 2/1/2018 - 2/1/2018 | 2/1/2018 | Completed | POST | EMR Refresher | West Fire Station | 8.00 | 8.00 |
| | 1/1/2018 - 12/31/2018 | 3/6/2018 | Completed | User Certification | CJIS Security Awareness Level 4 | Online | 1.00 | 1.00 |
| | 1/1/2018 - 12/31/2018 | 3/6/2018 | Completed | User Certification | BCA Single Certification | Online | 1.00 | 1.00 |
| 2017 | 12/31/2017 - 12/31/2017 | 12/31/2017 | Completed | OSHA | OSHA Annual Online Training/Refresher 2017 | Online | 2.00 | 2.00 |
| | 11/7/2017 - 11/9/2017 | 11/7/2017 | Completed | POST | In-Service Fall 2017 | BCPD | 8.00 | 8.00 |
| | 11/1/2017 - 11/3/2017 | 11/1/2017 | Completed | POST | Sex Trafficking Investigation Conference | Grand View Lodge, Nisswa, Mn | 16.00 | 16.00 |
| | 10/23/2017 - 10/25/2017 | 10/25/2017 | Completed | POST | Shoot - Low Light / Inclement Weather 2017 | Anoka County Range | 4.00 | 4.00 |
| | 10/3/2017 - 10/3/2017 | 10/3/2017 | Completed | POST | Street-Level Drug Enforcement | BCPD | 2.00 | 2.00 |
| | 9/29/2017 - 9/29/2017 | 9/29/2017 | Completed | EMS | Tactical Medical for First Responders | Hennepin County Attorney's Offic | 8.00 | 8.00 |
| | 9/17/2017 - 9/20/2017 | 9/17/2017 | Completed | POST | MTOA Tactical Officers Association Conference | Camp Ripley | 20.00 | 20.00 |
| | 9/5/2017 - 9/7/2017 | 9/7/2017 | Completed | POST | Use of Force Fall 2017 | Not Listed | 8.00 | 8.00 |
| | 8/17/2017 - 8/17/2017 | 8/17/2017 | Completed | POST | EMR Refresher Make-up | North Memorial Outpatient Center | 8.00 | 4.00 |
| | 8/11/2017 - 8/11/2017 | 8/11/2017 | Completed | Firearms | Defensive Pistol | St Paul PD Outdoor Range | 8.00 | 8.00 |
| | 5/22/2017 - 5/25/2017 | 5/22/2017 | Completed | POST | Shoot - Firearms Qualification May 2017 | Columbia Heights PD | 2.00 | 2.00 |
| | 4/3/2017 - 4/5/2017 | 4/3/2017 | Completed | POST | Vice/Prostitution/Human Trafficking Investigations | Rasmussen College, Eagan, Mn | 21.00 | 21.00 |
| | 3/21/2017 - 3/23/2017 | 3/23/2017 | Completed | POST | Defensive Tactics | Not Listed | 2.00 | 2.00 |
| | 3/20/2017 - 3/22/2017 | 3/22/2017 | Completed | POST | UOF - Firearms | Not Listed | 1.50 | 1.50 |
| | 2/8/2017 - 2/28/2017 | 2/24/2017 | Completed | investigations - Social Medi | Facebook Investigations Webinar | Online | 3.00 | 3.00 |
| | 1/26/2017 - 1/26/2017 | 1/26/2017 | Completed | POST | EMR Refresher | West Fire Station | 8.00 | 8.00 |
| 2016 | 12/31/2016 - 12/31/2016 | 12/31/2016 | Completed | OSHA | OSHA Annual Online Training/Refresher 2016 | Online | 2.00 | 2.00 |
| | 12/22/2016 - 12/22/2016 | 12/22/2016 | Completed | POST Mandated Objectives | Objectives - Chemical Use of Force Make-Up | BCPD | 1.00 | 1.00 |
| | 11/15/2016 - 11/17/2016 | 11/17/2016 | Completed | POST | In-Service Fall 2016 | BCPD | 8.00 | 8.00 |
| | 11/7/2016 - 11/7/2016 | 11/7/2016 | Completed | POST | EMR Refresher | Robbinsdale Public Safety | 8.00 | 8.00 |
| | 10/17/2016 - 10/21/2016 | 10/17/2016 | Completed | POST | Shoot - Cold Weather/Low Light and Firearms | Not Listed | 1.50 | 1.50 |
| | 9/18/2016 - 9/21/2016 | 9/18/2016 | Completed | POST | MTOA - MN Tactical Officers Assoc Conference | Camp Ripley | 20.00 | 20.00 |

# Officer Training In Descending Class Dates

* = Has Certificate

| Officers | | ID No. | Current Division | Current Rank | Total Training Hours | | |
|---|---|---|---|---|---|---|---|
| **Turner, Cody** | | #20402 | Patrol | Officer | 960.25 | | |

| Year | Training Dates | Attended | Training No. | Type Of Training | Name Of Training | Location | Class Hours | Officer Training Hours |
|---|---|---|---|---|---|---|---|---|
| 2016 | 8/29/2016 - 9/1/2016 | 8/29/2016 | Completed | POST | Shoot - Hand Gun And Long Gun Qualification | Not Listed | 2.00 | 2.00 |
| | 5/24/2016 - 5/26/2016 | 5/24/2016 | Completed | POST | In-Service Use Of Force Spring 2016 | Hennepin Technical College | 4.00 | 4.00 |
| | 4/23/2016 - 4/23/2016 | 4/23/2016 | Completed | Search Warrants | Warrants & Warrantless Searches | Hennepin Technical College | 4.00 | 4.00 |
| | 4/12/2016 - 4/12/2016 | 4/12/2016 | Completed | POST | De-Escalation Strategies | West Fire Station | 8.00 | 8.00 |
| | 3/21/2016 - 3/24/2016 | 3/25/2016 | Completed | POST | Shoot-Skill Build, Manip, Decision. Combatives | Columbia Heights PD | 1.50 | 1.50 |
| | 1/5/2016 - 1/7/2016 | 1/5/2016 | Completed | Use Of Force | ASP Instructor Certification | Scott County Law Enforcement C | 24.00 | 24.00 |
| 2015 | 12/31/2015 - 12/31/2015 | 12/1/2015 | Completed | OSHA | OSHA Annual Online Training/Refresher 2015 | Online | 2.00 | 2.00 |
| | 10/26/2015 - 10/29/2015 | 10/29/2015 | Completed | POST | Shoot - Cold Weather/Night | Not Listed | 1.50 | 1.50 |
| | 8/30/2015 - 9/4/2015 | 8/30/2015 | Completed | SWAT Basics | SWAT - Basic | Camp Ripley | 45.00 | 45.00 |
| | 8/25/2015 - 8/27/2015 | 8/27/2015 | Completed | POST | UOF - Defensive Tactics/Firearms/Scenarios | Not Listed | 0.00 | 0.00 |
| | 5/26/2015 - 5/28/2015 | 5/28/2015 | Completed | POST | Shoot - Defensive Tactics/Firearms Qual/Scenarios | Not Listed | 8.00 | 8.00 |
| | 5/26/2015 - 5/28/2015 | 5/26/2015 | Completed | In-Service | In-Service - Department | Hennepin Technical College | 8.00 | 8.00 |
| | 4/29/2015 - 4/30/2015 | 4/29/2015 | Completed | Firearms | Pistol Skills For Plain Clothes Assignments | St Paul PD - Outdoor Range | 16.00 | 16.00 |
| | 4/7/2015 - 4/9/2015 | 4/9/2015 | Completed | POST | Cultural Competency / Conflict Resolution | West Fire Station | 8.00 | 8.00 |
| | 4/7/2015 - 4/9/2015 | 4/9/2015 | Completed | In-Service | In-Service Spring 2015 | Hennepin Technical College | 8.00 | 8.00 |
| | 3/19/2015 - 3/19/2015 | 3/19/2015 | Completed | POST | UOF - Firearms, Defensive Tactics, Scenarios | Not Listed | 0.00 | 0.00 |
| | 3/17/2015 - 3/19/2015 | 3/17/2015 | Completed | In-Service | In-Service Spring 2015 | Brooklyn Center PD | 8.00 | 8.00 |
| | 1/29/2015 - 1/29/2015 | 1/29/2015 | Completed | POST | EMR Refresher | West Fire Station | 8.00 | 8.00 |
| 2014 | 12/31/2014 - 12/31/2014 | 10/16/2014 | Completed | OSHA | OSHA Annual Online Training/refresher 2014 | Online | 2.00 | 2.00 |
| | 11/17/2014 - 11/22/2014 | 12/22/2014 | Completed | EMS | NARCAN Training | West Fire Station | 2.00 | 2.00 |
| | 11/12/2014 - 11/13/2014 | 11/12/2014 | Completed | Chemical Weapons | Aerosol Chemical Weapon Instructor | St Paul PD Annex - 3rd Floor | 0.00 | 0.00 |
| | 11/6/2014 - 11/13/2014 | 11/6/2014 | Completed | POST | Shoot - Night Shoot | Anoka County Law Enforcement | 4.00 | 4.00 |
| | 10/28/2014 - 10/28/2014 | 10/28/2014 | Completed | POST | SFST - Update | West Fire Station | 4.00 | 4.00 |
| | 10/27/2014 - 10/27/2014 | 10/27/2014 | Completed | POST | First Responder Refresher | North Memorial | 8.00 | 8.00 |
| | 10/7/2014 - 10/9/2014 | 10/9/2014 | Completed | In-Service | In-Service Fall 2014 | Brooklyn Center PD | 8.00 | 8.00 |
| | 9/9/2014 - 9/11/2014 | 9/11/2014 | Completed | POST | In-Service & Qualification Fall 2014 | Brooklyn Center PD | 8.00 | 4.00 |
| | 6/11/2014 - 6/12/2014 | 6/11/2014 | Completed | Firearms | M&P 15 Rifle Armorer | Maple Grove | 16.00 | 16.00 |
| | 5/20/2014 - 5/22/2014 | 5/22/2014 | Completed | POST | UOF - Skill Build, Taser Recer, Defensive Tactics | Hennepin Technical College | 8.00 | 8.00 |
| | 3/24/2014 - 3/27/2014 | 3/24/2014 | Completed | Firearms | Firearms - Principles Of Use | Columbia Heights PD | 2.00 | 2.00 |

Officer Detail Report #B-6    Brooklyn Center Police Department

# Officer Training In Descending Class Dates

\* = Has Certificate

| Officers | | ID No. | Current Division | Current Rank | Total Training Hours | | |
|---|---|---|---|---|---|---|---|
| **Turner, Cody** | | #20402 | Patrol | Officer | 960.25 | Class Hours | Officer Training Hours |
| Year | Training Dates | Attended | Training No. | Type Of Training | Name Of Training | Location | |
| 2014 | 1/1/2014 - 12/31/2014 | 2/15/2014 | Completed | User Certification | DVS Access - MYBCA Certification | Online | 1.00 | 0.00 |
| | 1/1/2014 - 12/31/2014 | 12/19/2014 | Completed | User Certification | Mobile Access Certification | Online | 1.00 | 0.00 |
| 2013 | 12/31/2013 - 12/31/2013 | 12/31/2013 | Completed | OSHA | OSHA Annual Online Training/refresher 2013 | Online | 2.00 | 2.00 |
| | 11/12/2013 - 11/12/2013 | 11/12/2013 | Completed | Crime Scene Management | Homicide Scene Management For Patrol | St Paul PD - West District | 8.00 | 8.00 |
| | 11/4/2013 - 11/7/2013 | 11/7/2013 | Completed | Firearms | Shoot - Low Light / Cold Weather Shoot | Anoka County LE Training Cente | 2.00 | 2.00 |
| | 10/22/2013 - 10/24/2013 | 10/24/2013 | Completed | In-Service | In-Service Fall 2013 | Brooklyn Center PD | 4.00 | 4.00 |
| | 10/7/2013 - 10/11/2013 | 10/7/2013 | Completed | FTO | FTO Basic Certification | Roseville Pd | 40.00 | 40.00 |
| | 9/26/2013 - 9/26/2013 | 9/26/2013 | Completed | Driving School | Driving Refresher | MHSRC | 8.00 | 8.00 |
| | 8/31/2013 - 8/31/2013 | 8/31/2013 | Completed | Administrative | Ethical Use Of Computers And Databases | Brooklyn Center PD | 1.00 | 1.00 |
| | 5/13/2013 - 5/15/2013 | 12/10/2013 | Completed | Firearms | Shoot - Hand Gun And Long Gun Qualification | Not Listed | 2.00 | 2.00 |
| | 1/7/2013 - 1/7/2013 | 1/7/2013 | Completed | First Responder | First Responder Refresher | Brooklyn Park PD | 8.00 | 8.00 |
| 2012 | 12/31/2012 - 12/31/2012 | 12/31/2012 | Completed | OSHA | OSHA Annual Online Training/refresher 2012 | Online | 1.00 | 1.00 |
| | 11/13/2012 - 11/15/2012 | 11/13/2012 | Completed | In-Service | In-Service Fall 2012 | Brooklyn Center PD | 7.50 | 7.50 |
| | 11/2/2012 - 11/2/2012 | 11/2/2012 | Completed | Firearms | Shoot - Low Light Assessment And Shoot | Hennepin Technical College | 8.00 | 8.00 |
| | 10/9/2012 - 10/10/2012 | 10/10/2012 | Completed | Firearms | Shoot - Cold Weather/Night | Anoka County LE Training Cente | 2.00 | 2.00 |
| | 9/11/2012 - 9/12/2012 | 9/11/2012 | Completed | Officer Safety | Bulletproof Mind | Ramada Inn Mall Of America | 16.00 | 16.00 |
| | 8/7/2012 - 8/30/2012 | 8/21/2012 | Completed | Firearms | Shoot - Handgun Transition/qualification | Columbia Heights PD | 2.00 | 2.00 |
| | 5/15/2012 - 5/15/2012 | 5/15/2012 | Completed | First Responder | First Responder Refresher | Terrace Mall | 8.00 | 8.00 |
| | 4/23/2012 - 4/25/2012 | 4/23/2012 | Completed | Firearms | Shoot - Hand Gun And Long Gun Qualification | Columbia Heights PD | 2.00 | 2.00 |
| | 4/10/2012 - 4/12/2010 | 4/12/2012 | Completed | In-Service | In-Service Spring 2012 | Brooklyn Center PD | 8.00 | 8.00 |
| | 4/2/2012 - 4/2/2012 | 4/2/2012 | Completed | Computers & Software | Workforce Director Training | Logis Training Center | 2.00 | 2.00 |
| | 3/19/2012 - 3/21/2012 | 3/21/2012 | Completed | Firearms | Shoot - Skill Building Spring 2012 | Columbia Heights Range | 1.00 | 1.00 |
| | 2/10/2012 - 3/1/2012 | 2/29/2012 | Completed | Use Of Force | UOF - Refresher | Brooklyn Center PD | 1.00 | 1.00 |
| 2011 | 12/31/2011 - 12/31/2011 | 12/31/2011 | Completed | OSHA | OSHA Annual Online Training/refresher 2011 | Online | 1.00 | 1.00 |
| | 12/5/2011 - 12/7/2011 | 12/5/2011 | Completed | Firearms | Shoot - Firearms/range/Skills & Makeup | Columbia Heights Range | 1.50 | 1.50 |
| | 11/15/2011 - 11/17/2011 | 11/15/2011 | Completed | In-Service | In-Service Fall 2011 & Uof | Brooklyn Center PD | 8.00 | 8.00 |
| | 11/1/2011 - 11/3/2011 | 11/1/2011 | Completed | Firearms | Shoot - Cold Weather-Skills-rifle Qualification | Not Listed | 4.00 | 4.00 |
| | 10/1/2011 - 10/25/2011 | 10/5/2011 | Completed | Use Of Force | UOF - Empty Hand Techniques | Brooklyn Center PD | 1.00 | 1.00 |
| | 5/25/2011 - 5/27/2011 | 5/27/2011 | Completed | Firearms | Shoot - Handgun Qualification - Spring 2011 | Columbia Heights PD | 1.00 | 1.00 |

# Officer Training In Descending Class Dates

*\* = Has Certificate*

| Officers | | ID No. | Current Division | Current Rank | Total Training Hours | | |
|---|---|---|---|---|---|---|---|
| **Turner, Cody** | | #20402 | Patrol | Officer | 960.25 | | |

| Year | Training Dates | Attended | Training No. | Type Of Training | Name Of Training | Location | Class Hours | Officer Training Hours |
|---|---|---|---|---|---|---|---|---|
| 2011 | 5/25/2011 - 5/25/2011 | 5/25/2011 | Completed | First Responder | First Responder Refresher | Maple Grove Emergency Operati | 8.00 | 8.00 |
|  | 5/17/2011 - 5/17/2011 | 5/17/2011 | Completed | Patrol Techniques | Managing The Emotionally Disturbed Person | Brooklyn Center PD | 8.00 | 8.00 |
|  | 5/3/2011 - 5/5/2011 | 5/3/2011 | Completed | In-Service | In-Service Spring 2011 | Brooklyn Center PD | 8.00 | 8.00 |
|  | 4/20/2011 - 4/22/2011 | 4/21/2011 | Completed | Firearms | Shoot - Skill Building Spring 2011 | Columbia Heights PD | 1.50 | 1.50 |
|  | 3/8/2011 - 3/30/2011 | 3/29/2011 | Completed | Use Of Force | UOF - Application/readiness/Chem&mech Restraint | Brooklyn Center PD | 2.00 | 2.00 |
|  | 2/14/2011 - 3/11/2011 | 2/15/2011 | Completed | Use Of Force | UOF - Weapon Retention/Impact Weapons | Brooklyn Center PD | 1.50 | 1.50 |
| 2010 | 12/1/2010 - 12/9/2010 | 12/1/2010 | Completed | Technical | Camera - Squad - Arbitrator 360 | Brooklyn Center PD | 1.00 | 1.00 |
|  | 11/16/2010 - 11/18/2010 | 11/16/2010 | Completed | In-Service | In-Service Fall 2010 | Brooklyn Center PD | 8.00 | 8.00 |
|  | 10/26/2010 - 10/27/2010 | 10/26/2010 | Completed | Firearms | Shoot - Cold Weather/Night & MP15 Qualification | Columbia Heights PD | 2.00 | 2.00 |
|  | 9/23/2010 - 9/23/2010 | 9/23/2010 | Completed | Driving School | PIT Training | MHSRC | 8.00 | 8.00 |
|  | 9/22/2010 - 9/22/2010 | 9/22/2010 | Completed | Driving School | Driving Refresher | MHSRC | 8.00 | 8.00 |
|  | 8/31/2010 - 9/2/2010 | 8/31/2010 | Completed | Firearms | Shoot - Glock Qual/Simulator Situational | Brooklyn Center PD | 1.25 | 1.25 |
|  | 6/7/2010 - 6/7/2010 | 6/7/2010 | Completed | Use Of Force | Use Of Force | Brooklyn Center PD | 2.00 | 2.00 |
|  | 5/13/2010 - 5/13/2010 | 5/13/2010 | Completed | Ethics | Ethics - Essential Ethics For Law Enforcement | Brooklyn Center PD | 4.00 | 4.00 |
|  | 5/11/2010 - 5/12/2010 | 5/11/2010 | Completed | Use Of Force | UOF - Asp Baton & Handcuffing | Brooklyn Center PD | 2.00 | 2.00 |
|  | 4/13/2010 - 4/15/2010 | 4/15/2010 | Completed | In-Service | In-Service Spring 2010 | Brooklyn Center PD | 7.00 | 7.00 |
|  | 3/30/2010 - 3/30/2010 | 3/30/2010 | Completed | Interview Techniques | Interview And Interrogation | Columbia Heights PD | 8.00 | 8.00 |
|  | 2/11/2010 - 2/11/2010 | 2/11/2010 | Completed | First Responder | First Responder Refresher | Brooklyn Center PD | 8.00 | 8.00 |
| 2009 | 12/18/2009 - 12/18/2009 | 12/18/2009 | Completed | Roll Call Training | Roll Call Training - Understanding Autism Today | Brooklyn Center PD | 1.00 | 1.00 |
|  | 12/8/2009 - 12/9/2009 | 12/9/2009 | Completed | Firearms | Shoot - Cold Weather/Night | Columbia Heights PD | 1.00 | 1.00 |
|  | 12/2/2009 - 12/2/2009 | 12/2/2009 | Completed | Laser | Laser Training | Brooklyn Park PD | 4.00 | 4.00 |
|  | 11/17/2009 - 11/17/2009 | 11/17/2009 | Completed | Narcotics | NIK System Of Narcotics Identification | Brooklyn Center PD | 8.00 | 8.00 |

| Total Class Hours: | 982.25 | Total Overtime Hours: | 0.00 | Total Other Hours: | 0.00 | Total Training Hours: | 960.25 |
|---|---|---|---|---|---|---|---|
| In-Service Hrs: | 90.50 | CALEA Hrs: | 0.00 | State Approved Hrs: | 724.75 | Dept Required Hrs: | 174.25 | State Required Hrs: | 32.00 |

| 1 | Different Officers Listed | Total Class Hours: | 982.25 | Total Officer Training Hours: | 960.25 |
|---|---|---|---|---|---|
| 137 | Different Training Classes | Total Other Hours: | 0.00 | Total Overtime Hours: | 0.00 |

| In-Service Hrs: | 90.50 | CALEA Hrs: | 0.00 | State Approved Hrs: | 724.75 | Dept Required Hrs: | 174.25 | State Required Hrs: | 32.00 |